



| PHIL BREDESEN | STATE OF TENNESSEE | PAULA A. FLOWERS |
| --- | --- | --- |
| GOVERNOR | DEPARTMENT OF COMMERCE AND INSURANCE | COMMISSIONER |
| | 500 JAMES ROBERTSON PARKWAY | |
| | NASHVILLE, TN 37243-1131 | |

August 17, 2005

Western Surety Ins Company
% C T Corp, 800 S Gay St, Ste 2021
Knoxville, TN 37929-9710
NAIC # 13188

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7005 0390 0003 8567 1790
Cashier # 5249

Re: Lester, Jenny & Dakota Siler   V.   Western Surety Ins Company

  Docket # 3:05-Cv-341

To Whom It May Concern:

We are enclosing herewith a document that has been served on this department on your behalf in connection with the above-styled matter.

I hereby make oath that the attached Document was served on me on August 12, 2005 by Lester, Jenny & Dakota Siler pursuant to Tenn. Code Ann. § 56-2-504 or § 56-2-506. A copy of this document is being sent to the Federal District Court of Knoxville, TN.

Paula A. Flowers
Commissioner of Commerce and Insurance

Enclosures

cc: Federal District Court Clerk
    800 Market Street, Ste 330
    Knoxville, Tn  37902

Service of Process 615-532-5260

# UNITED STATES DISTRICT COURT

_____ District of _____

LESTER EUGENE SILER; JENNY SILER;
DAKOTA SILER (a minor)

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV-341

TO: (Name and address of Defendant)

WESTERN SURETY INSURANCE COMPANY
c/o Commissioner of Insurance for the State of Tennessee
114 State Office Building, 500 James Robertson Parkway
Nashville, Tennessee 37219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael S. Farley
1107 Charles Seivers Blvd.
One Centre Plaza
Clinton, Tennessee 37716

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICIA L. McNUTT, CLERK

CLERK _(signature)_
(By) DEPUTY CLERK

DATE 7/7/05

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.