IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

LESTER EUGENE SILER, JENNY SILER, )
DAKOTA SILER, a minor, by and through next )
friends, LESTER E. SILER and JENNY SILER, )
)
    Plaintiffs, ) No.:3:05-cv-341
) (Jarvis/Guyton)
GERALD DAVID WEBBER, et al., )
)
    Defendants. )

## MOTION

Come the plaintiffs and the defendant Western Surety Insurance Company ("Western Surety"), by and through counsel, and pursuant to Local Rule 5.2, announce the following agreement regarding Western Surety Company's Motion to Dismiss (R.13):

1.    Plaintiffs agree that Western Surety Company's Motion is well taken and should be sustained; and

2.    Plaintiffs agree that the Agreed Order attached hereto as Exhibit 1 should be entered by the Court.

Respectfully submitted this 21st day of November, 2005.

/s/ Robert L. Bowman
Donelson M. Leake, BPR #001952
Robert L. Bowman, BPR #17266
KRAMER, RAYSON, LEAKE,
    RODGERS & MORGAN, LLP
P. O. Box 629
Knoxville, TN 37901-0629
(865) 525-5134
*Attorneys for Defendant,*
*Western Surety Insurance Company*

-1-

/s/ Michael S. Farley (by RLB, w/permission)
Michael S. Farley, BPR #017976
1107 Charles Seivers Blvd.
One Centre Plaza
Clinton, TN 37716
457-6440

## CERTIFICATE OF SERVICE

I hereby certify that on November 21st, 2005 a true and exact copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail. Parties may access this filing through the Court's electronic filing system.

**Counsel for the Plaintiffs:**

Michael S. Farley, Esq.
One Centre Plaza
1107 Charles Seivers Blvd.
Clinton, TN 37716
mikefarley@foxandfarleylaw.com

Kristie Anderson, Esq.
502 Main Street
Post Office Box 196
Jacksboro, TN 37757

**Counsel for Defendant, Joshua Monday:**
Dennis B. Francis, Esq., BPR #002152
625 S. Gay Street – Suite 625
Knoxville, TN 37902
dennisbrancis@yahoo.com

**Counsel for Defendant, Shayne Green:**

Darren F. Mitchell, Esq., BPR #020899
Dunaway Law Office
407 E. Central Avenue
Post Office Box 1760
Lafollette, TN 37766-1760
darrendlo@hotmail.com

-2-

**Counsel for Defendants, Campbell County, Tennessee, Charles Scott and Ron McClellan:**

John C. Duffy, Esq., BPR #010424
Post Office Box 11007
Knoxville, TN 37939-1007

Samuel Franklin, Defendant
c/o Sheila Franklin
140 Riverside Drive
Jacksboro, TN 37757

Gerald Webber, Defendant
Register #31300-074
FMC Lexington
Federal Medical Center
P. O. Box 14500
Lexington, KY 40512

William Carroll, Defendant
Register #31344-074
FCI Ashland
Federal Correctional Institution
P. O. 6001
Ashland, KY 41105

          s/Robert L. Bowman
          Robert L. Bowman (BPR # 017266)

          **KRAMER, RAYSON, LEAKE,**
           **RODGERS & MORGAN, LLP**
          P.O. Box 629
          Knoxville, TN 37901-0629
          Tel.: (865) 525-5134
          Fax: (865) 522-5723

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

LESTER EUGENE SILER, JENNY SILER, )
DAKOTA SILER, a minor, by and through next )
friends, LESTER E. SILER and JENNY SILER, )
)
    Plaintiffs, ) No.:3:05-cv-0341
) (Jarvis/Guyton)
GERALD DAVID WEBBER, et al., )
)
    Defendants. )

## AGREED ORDER

Come the plaintiffs and the defendant Western Surety Company by agreement, and inform the Court that the defendant Western Surety Company's motion to dismiss this action, as to said defendant only, should be granted because said defendant is not a necessary party;

It is therefore Ordered that the defendant, Western Surety Company's motion is granted and said defendant is dismissed as a party to this lawsuit. Western Surety Company is granted leave to subsequently file a motion pursuant to T.C.A. 25-3-122, <u>Motion by Surety</u>, to take judgment over and against the remaining defendants in this case, in the event Western Surety Company has to pay under its surety bond for, and on behalf of, said defendants.

    Entered this _____ day of _____, 2005

_____
District Court Judge

