IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

LESTER EUGENE SILER, )
JENNY SILER, and DAKOTA SILER, )
a minor, by and through next friend, )
Lester E. Siler and Jenny Siler, )
)
    PLAINTIFFS, )
)
V. ) NO. 3:05-CV-341
) JARVIS/GUYTON
GERALD DAVID WEBBER, et al. )
)
    DEFENDANTS. )

## ANSWER OF GERALD DAVID WEBBER, PRO SE

I, Gerald David Webber, for answer to this suit makes the following response:

1. I am an inmate in the following: Federal Correctional Facility, Federal Medical Center, Lexington, Kentucky.

2. My address is: Gerald David Webber, 31300-074 Younity, Federal Medical Center, P.O. Box 14500, Lexington, KY 40512.

3. I am without funds or means to defend myself in this case.

4. For purposes of protecting myself, I deny all allegations of the Complaint and demand that they be proven before any judgment against me.

5. I request permission to be present and given opportunity to defend myself at any trial.

6. I request a jury trial.

This 9TH day of JAN, 2006.

_____
Gerald David Webber, pro se

## CERTIFICATE

I mailed this document to the United States District Court for the Eastern District of Tennessee, Ms. Patricia L. McNutt, Court Clerk, 800 Market Street, Suite 130, Knoxville, TN 37902-2303.

This 9TH day of JAN, 2006.

*Gerald David Webbert*
Gerald David Webbert, pro se





RECEIVED
JAN 12 2006

Gerald David Webber
31300-074 Younity
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

United States District Court
Eastern District
Ms. Patricia L. McNutt, Court Clerk
800 Market Street, Suite 130
Knoxville, TN 37902-2303