IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**FILED**

2006 AUG 17 P 1: 02

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

| | | |
|---|---|---|
| LESTER EUGENE SILER, et al., | ) | |
| Plaintiffs, | ) | |
| V. | ) | No. 3:05-cv-341 |
| GERALD DAVID WEBBER, et al., | ) | |
| Defendants | ) | |

## ANSWER OF SAMUEL REED FRANKLIN PRO SE

I, Samuel Reed Franklin, for answer to this suit make the following response:

1. I am an inmate at FCI Manchester.

2. My address is Samuel Reed Franklin, Register No. 31302-074, FCI Manchester, Federal Correctional Institution, P. O. Box 4000, Manchester, Kentucky 40962.

3. I am without funds or means to defend myself in this case.

4. For purposes of protecting myself, I deny all allegations of the Complaint and demand they be proven before any judgment against me.

5. I request permission to be present and given the opportunity to defend myself at any trial.

6. I request a jury trial.

This _14_ day of _August_, 2006.

_Samuel Reed Franklin_
Samuel Reed Franklin, pro se

## CERTIFICATE

I mailed this document to the United States District Court for the Eastern District of Tennessee, Ms. Patricia L. McNutt, Court Clerk, 800 Market Street, Suite 130, Knoxville, Tennessee 37902-2303.

This 14 day of Aug, 2006.

*[signature]*
Samuel Reed Franklin, pro se



NAME Samuel Franklin
REG. NO. 31303-074 QTR. Whitley-B
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

United States District Court
Eastern District of Tennessee
Ms. Patricia L. McNutt Court Clerk
800 Market St Suite 130
Knoxville, TN, 37902-3303

AUG 17 2006