FEDERAL MEDIATION PROGRAM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

## MEDIATOR'S REPORT TO THE COURT

FILED
2006 DEC 21 A 11: 52

FROM: CLERK OF THE COURT

TO: ___Lewis R. Hagood___, MEDIATOR

DATE: ___December 20, 2006___

      Our records indicate that you have been selected to mediate the following case: Lester Eugene Siler; Jenny Siler; Dakota Siler, a minor, by and through next friend, Lester E. Siler and Jenny Siler v. Gerald David Webber, in his individual capacity and his official capacity as a Sheriff's Deputy with the Campbell County Sheriff's Department; et al.; U.S.D.C. for the Eastern District of Tennessee No. 3:05-cv-341

      Local Rule 16.4(m) requires that mediators file this report with the clerk in the division where the case is pending (Winchester case reports go to Knoxville) within five (5) days of <u>each</u> mediation conference. Please answer the questions set out below and return this to the clerk's office in the proper division within that time. If several mediation conferences occur, provide the information requested to the clerk in letter form after the second and any subsequent conferences and within the same time frame.

1. Did all parties, party representatives and/or claims professionals meet the attendance/authority to negotiate requirements of L.R. 16.4(l)?

    ___X___ YES          _____ NO

2. Did the case settle?

    _____ YES          ___X___ NO

3. Is mediation to be conducted at a later date?

    _____ YES          ___X___ NO

(Rev. 1/95)

1

If you answer "no," the clerk will forward a copy of this report to a Magistrate Judge not assigned to the case who will contact you to investigate the problem.

4. Was mediation terminated without settlement?

_____X_____ YES  _____ NO

_Lewis R. Hagood_
Signature of Certified Mediator
Lewis R. Hagood

Date: 12-20-06

NOTE: A mediation conference which continues on the days following is considered one conference for purposes of this reporting requirement. Send in separate reports only when the conference is recessed for a week or more.