IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:05-cv-341 |
| ) | Jarvis/Guyton |
| GERALD DAVID WEBBER, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come Defendants, Ron McClellan, Charles Scott and Campbell County, Tennessee, and give notice of filing Exhibits to Defendants' Motion for Summary Judgment, being the Affidavits of Defendants Ron McClellan and Charles Scott.

Respectfully submitted this 29th day of May, 2007.

              CHARLES SCOTT, RON McCLELLAN
              AND CAMPBELL COUNTY

       BY: s/John C. Duffy
          John C. Duffy, BPR# 010424
          P.O. Box 11007
          Knoxville, TN 37939-1007
          (865) 766-0994

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Dated this 29th day of May, 2007.

                /s/John C. Duffy

1