UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 3:05-CV-341 |
| ) | VARLAN/GUYTON |
| GERALD DAVID WEBB, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned judge hereby recuses himself in this matter and requests that the Chief Judge reassign this case to another district judge.

**IT IS SO ORDERED.**

           **ENTER:**


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE