# FedEx Express — US Airbill

Sender's Copy

Form ID No. 0200

FedEx Tracking Number: 8592 9239 5259

**1 From** Please print and press hard.

Date 9-28-07

Sender's FedEx Account Number: 2693265540

Sender's Name: Michael S. Farley    Phone (805) 457-6440

Company: Fox 3 Farley

Address: 1101 Charles Seivers Blvd

         Clinton    State TN    ZIP 37716
         Dept/Floor/Suite/Room

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name: Lester Siler    Phone (    )

Company: Hardeman County Correctional Facility

Address: 2520 Union Spring Rd    OPTIONAL
We cannot deliver to P.O. boxes or P.O. ZIP codes.
                                              Dept/Floor/Suite/Room

To request a package be held at a specific FedEx location, print FedEx address here.

City: Whiteville    State TN    ZIP 38075

## 4a Express Package Service    *Packages up to 150 lbs.*

- [x] **FedEx Priority Overnight**
  Next business morning.*Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx Standard Overnight**
  Next business afternoon.*Saturday Delivery NOT available.
- [ ] **FedEx First Overnight**
  Earliest next business morning delivery to select locations.*Saturday Delivery NOT available.
  *To most locations.
- [ ] **FedEx 2Day**
  Second business day.*Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx Express Saver**
  Third business day.*Saturday Delivery NOT available.
  FedEx Envelope rate not available. Minimum charge: One-pound rate.

## 4b Express Freight Service    *Packages over 150 lbs.*

- [ ] **FedEx 1Day Freight**
  Next business day.*Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx 2Day Freight**
  Second business day.*Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx 3Day Freight**
  Third business day.*Saturday Delivery NOT available.
  *To most locations.

*Call for Confirmation.

## 5 Packaging

- [ ] FedEx Envelope*
- [ ] FedEx Pak*
  Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [x] Other
  *Declared value limit $500.

## 6 Special Handling

- [x] **SATURDAY Delivery**
  FedEx Standard Overnight, FedEx 2Day, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] **HOLD Weekday**
  at FedEx Location
  FedEx First Overnight.
- [ ] **HOLD Saturday**
  at FedEx Location
  FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

- [x] No
- [ ] Yes
  As per attached Shipper's Declaration.
- [ ] Yes
  Shipper's Declaration not required.
- [ ] Dry Ice
  Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

## 7 Payment    *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

- [x] **Sender**
  Acct No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct No.
Credit Card No.

Total Packages ___    Total Weight ___    Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

## 8 Residential Delivery Options

If your package is going to a residence, check Direct or Indirect.

- [ ] **No Signature Required**
  Package may be left without obtaining a signature for delivery.
- [ ] **Direct Signature**
  Anyone at recipient's address may sign for delivery.
- [ ] **Indirect Signature**
  If no one is available at recipient's address, someone at a neighboring address may sign for delivery.

FedEx Use Only

520

Rev. Date 2/05•Part #158281•©1994–2005 FedEx•PRINTED IN U.S.A. SRY

---

**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.