# FedEx US Airbill Express

**FedEx Tracking Number:** 8592 9239 5248

## 1 From

- **Date:** 9-28-07
- **Sender's FedEx Account Number:** 269226 5540
- **Sender's Name:** Michael S. Farley
- **Phone:** (805) 457-6440
- **Company:** Fox 3 Farley
- **Address:** 1107 Charles Sevier Blvd
- **City:** Clinton
- **State:** TN
- **ZIP:** 37716

**Your Internal Billing Reference:** OPTIONAL

## 2 To

- **Recipient's Name:** Jenny + Dakota Siler
- **Phone:** ( )
- **Company:**
- **Address:** 1139 Main Street Apt. 17
- **City:** Lake City
- **State:** TN
- **ZIP:** 37769

## 4a Express Package Service — Packages up to 150 lbs.

- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight

- [ ] FedEx 2Day
- [ ] FedEx Express Saver

### Packages over 150 lbs.
- [ ] FedEx 3Day Freight

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight

## 5 Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes (Shipper's Declaration attached)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7 Payment Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**Total Packages:** 1
**Total Weight:**
**Total Declared Value:** $ .00

## 8 Residential Delivery Signature Options
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Form ID No: 0200

520

Rev. Date 8/05 • Part #158281 • ©1994–2005 FedEx • PRINTED IN U.S.A. SRY

Store your addresses at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.