UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:05-CV-341 |
| ) | (EDGAR/GUYTON) |
| GERALD DAVID WEBB, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This civil action is before the Court pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by the referral of the Honorable R. Allen Edgar, Senior United States District Judge, for disposition of attorney Michael S. Farley's Amended Motion to Withdraw [Doc. 57] and Plaintiff's Motion for Continuance. [Doc. 58] The Court will address each motion in turn.

**I.   Amended Motion to Withdraw [Doc. 57]**

Mr. Farley moves the Court for leave to withdraw from his representation of the plaintiffs. As grounds, Mr. Farley states that there has been a breakdown of communications with his clients, that there has been a disagreement over legal strategies with co-counsel, and that Mr. Farley's relationship with co-counsel and clients has deteriorated to the point where he is no longer able to effectively represent the plaintiffs. Mr. Farley also asks for a thirty day extension for co-counsel to respond to the pending motion for summary judgment. The motion also states that the plaintiffs have been furnished with a copy of the instant motion, as required by Local Rule 83.4(f).

Accordingly, for good cause shown, the motion to withdraw [Doc. 57] is **GRANTED in**

**part**, to the extent that Mr. Farley is hereby given leave to withdraw as counsel of record, and **DENIED in part**, to the extent that it seeks a thirty day extension of time for plaintiffs to file a response for summary judgment. Plaintiffs' extension shall be resolved in conjunction with Plaintiffs' remaining motion. Additionally, as there has been no indication that the plaintiffs are dissatisfied with their remaining counsel of record, Ms. Kristie Anderson, nor that Ms. Anderson wishes to withdraw, the Court will assume that plaintiffs are prepared to proceed under the representation of Ms. Anderson.

## II. Motion for Continuance [Doc. 58]

Plaintiffs move the Court for a ten day extension in which to file a response to the pending motion for summary judgment. For good cause shown, plaintiffs' motion [Doc. 58] is hereby **GRANTED**. Plaintiffs shall have an additional ten days to respond to the pending motion for summary judgment.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge