IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LESTER EUGENE SILER, et al., )
)
    Plaintiffs, )
)
v. ) No. 3:05-cv-341
)
GERALD DAVID WEBBER, et al., )
)
    Defendants. )

## DEFENDANTS' WITNESS LIST AND DEFENDANTS' EXHIBIT LIST OF DEFENDANTS CHARLES SCOTT, RON MCCLELLAN, AND CAMPBELL COUNTY, TENNESSEE.

Come Defendants, Charles Scott, Ron McClellan, and Campbell County, Tennessee, by and through counsel, and submit their Witness List and Exhibit List as follows:

### DEFENDANTS' WITNESS LIST

1. Charles Scott
   c/o John C. Duffy
   P.O. Box 11007
   Knoxville, TN 37939

2. Ron McClellan
   c/o John C. Duffy
   P.O. Box 11007
   Knoxville, TN 37939

3. Gerald Webber
   Register Number 31300-074
   FCI Butner Low
   Federal Correctional Institution
   P.O. Box 999
   Butner, NC 27509

4. Samuel Franklin
   Register Number 31302-074
   FCI Ashland
   Federal Correctional Institution

P.O. Box 6001
Ashland, Ky 41105

5. Joshua Monday
   c/o Dennis B. Francis
   625 S. Gay Street
   Suite 625
   Knoxville, TN 37902
   (865) 522-8381

6. Shayne Green
   c/o Darren F. Mitchell
   Dunaway Law Offices
   P. O. Box 1760
   LaFollette, TN 37766-1760

7. William Carroll
   c/o David A. Winchester
   P.O. Box 1733
   LaFollette, TN 37766
   (423) 562-4746

8. Bob Denny
   Tennessee Bureau of Investigation
   Johnson City Office
   207 N. Boone Street, Suite 600
   Johnson City, TN 37604
   (423) 434-6424

9. All parties to this case.

10. Any witness called by any other party.

## DEFENDANTS' EXHIBIT LIST

1. Audio tape of incident at Siler residence

2. Transcript of audio tape prepared by the FBI on August 13-15, 2004.

Respectfully submitted this the day of , 2007.

BY: s/John C. Duffy
John C. Duffy, BPR# 010424
P.O. Box 11007

Knoxville, TN 37939-1007
Phone: (865) 766-0994

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      Dated this day of , 2007.

                                    /s/John C. Duffy