IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LESTER EUGENE SILER, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-cv-341 |
| | ) | *Judge Edgar/Guyton* |
| GERALD DAVID WEBBER, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**FINAL WITNESS LIST OF DEFENDANT SHAYNE CHRISTOPHER GREEN**

Comes now the Defendant, Shayne Green, by and through counsel, pursuant to the Amended Scheduling Order entered by the Court on the 16th day of July, 2007, and submits his final witness list as follows:

1. Charles Scott
   c/o John C. Duffy
   5410 Homberg Drive
   Suite 5
   P.O. Box 11007
   Knoxville, TN 37939

2. Ron McClellan
   c/o John Duffy
   5410 Homberg Drive
   Suite 5
   P.O. Box 11007
   Knoxville, TN 37939

3. Gerald David Webber
   Register Number 31300-074
   FCI Butner Low
   Federal Correctional Institution
   P.O. Box 999
   Butner, NC 27509

4. Samuel Reed Franklin
   c/o Kathy D. Parrott
   140 Kentucky Street
   Suite 1
   P.O. Box 103
   Jacksboro, TN 37757

5. Joshua James Monday
   c/o Dennis B. Francis
   625 S. Gay Street
   Suite 625
   Knoxville, TN 37902

6. Shayne Christopher Green
   c/o Darren F. Mitchell
   407 E. Central Avenue
   P.O. Box 1779
   LaFollette, TN 37766-1779

7. William Carroll
   c/o David Winchester
   1915 Old Jacksboro Highway
   P.O. Box 1733
   LaFollette, TN 37766

8. Lester Eugene Siler
   c/o Kristie N. Anderson
   502 Main Street
   P.O. Box 196
   Jacksboro, TN 37757

9. Jenny Siler
   c/o Kristie N. Anderson
   502 Main Street
   P.O. Box 196
   Jacksboro, TN 37757

10. Dakota Siler
    c/o Kristie N. Anderson
    502 Main Street
    P.O. Box 196
    Jacksboro, TN 37757

11. All parties to this case.

12. Any witness called by any other party.

Respectfully submitted this 1st day of November, 2007.

SHAYNE CHRISTOPHER GREEN

BY: <u>s/Darren F. Mitchell</u>
Darren F. Mitchell
Attorney for Shayne Christopher Green
DUNAWAY LAW OFFICES
407 E. Central Avenue
Post Office Box 1760
LaFollette, TN 37766
LaFollette: 423/ 562-0836
Knoxville: 865/ 523-8145

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail. Parties may access this filing through the Court's electronic filing system.

Gerald David Webber
Register Number 31300-074
FCI Butner Low
Federal Correctional Institution
P.O. Box 999
Butner, NC 27509

This 1st day of November, 2007.

<u>s/Darren F. Mitchell</u>
Darren F. Mitchell
Attorney for Shayne Christopher Green