IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. Case No. 3:05-cv-341 |
| ) | Judge Edgar/Guyton |
| GERALD DAVID WEBBER, et al., ) | |
| ) | |
| Defendants. ) | |

## WITNESS LIST OF DEFENDANT WILLIAM CARROLL

Comes now the Defendant, William Carroll, by counsel, and pursuant to the Amended Scheduling Order entered by the Court on July 16, 2007, submits his witness list as follows:

1. Charles Scott
   c/o John C. Duffy
   5410 Homberg Drive, Suite 5
   P. O. Box 11007
   Knoxville, TN 37939

2. Ron McClellan
   c/o John C. Duffy
   5410 Homberg Drive, Suite 5
   P. O. Box 11007
   Knoxville, TN 37939

3. Gerald David Webber
   Register Number 31300-074
   FCI Butner Low
   Federal Correctional Institution
   P. O. Box 999
   Butner, NC 27509

4. Samuel Reed Franklin
   c/o Kathy D. Parrott
   140 Kentucky Street, Suite 1
   P. O. Box 103
   Jacksboro, TN 37757

5.  Joshua James Monday
    c/o Dennis B. Francis
    625 S. Gay Street, Suite 625
    Knoxville, TN  37902

6.  Shayne Christopher Green
    c/o Darren F. Mitchell
    407 E. Central Ave.
    P. O. Box 1760
    LaFollette, TN 37766

7.  William Carroll
    c/o David A. Winchester
    1915 Old Jacksboro Highway
    P. O. Box 1733
    LaFollette, TN 37766

8.  Lester Eugene Siler
    c/o Kristie N. Anderson
    502 Main Street
    P. O. Box 196
    Jacksboro, TN 37757

9.  Jenny Siler
    c/o Kristie N. Anderson
    502 Main Street
    P. O. Box 196
    Jacksboro, TN 37757

10. Dakota Siler
    c/o Kristie N. Anderson
    502 Main Street
    P. O. Box 196
    Jacksboro, TN 37757

11. All parties to this case.

12. Any witness called by any other party.

Respectfully submitted this 1st day of November, 2007.

                                                    WILLIAM CARROLL

                                      BY:   /s/ David A. Winchester
                                                  David A. Winchester BPR#105126
                                                  Attorney for William Carroll
                                                  P. O. Box 1733
                                                  LaFollette, TN 37766
                                                  (423) 562-4746

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail. Parties may access this filing through the Court's electronic filing system. Parties served by United States Mail are as follows:

    Gerald David Webber
    Register Number 31300-074
    FCI Butner Low
    Federal Correctional Institution
    P. O. Box 27509
    Butnes, NC 27509

This 1st day of November, 2007.

                                                /s/ David A. Winchester
                                              David A. Winchester
                                              Attorney for William Carroll