IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:05-cv-341 |
| | ) Edgar/Guyton |
| GERALD DAVID WEBBER, et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' WITNESS LIST AND PLAINTIFFS' EXHIBIT LIST

Come Plaintiffs, by and through their undersigned counsel, and submit their Witness List and Exhibit List as follows:

## PLAINTIFFS' WITNESS LIST

1. Charles Scott
c/o John C. Duffy
5410 Homberg Drive
Suite 5
P.O. Box 11007
Knoxville, TN 37939

2. Ron McClellan
c/o John Duffy
5410 Homberg Drive
Suite 5
P.O. Box 11007
Knoxville, TN 37939

3. Gerald David Webber
Register Number 31300-074
FCI Butner Low
Federal Correctional Institution
P.O. Box 999
Butner, NC 27509

4. Samuel Reed Franklin
c/o Kathy D. Parrott
140 Kentucky Street
Suite 1
P.O. Box 103
Jacksboro, TN 37757

5. Joshua James Monday
c/o Dennis B. Francis
625 S. Gay Street
Suite 625
Knoxville, TN 37902

6. Shayne Christopher Green
c/o Darren F. Mitchell
407 E. Central Avenue
P.O. Box 1779
LaFollette, TN 37766-1779

7. William Carroll
c/o David Winchester
1915 Old Jacksboro Highway
P.O. Box 1733
LaFollette, TN 37766

8. Lester Eugene Siler
c/o Kristie N. Anderson
523 Main Street
P.O. Box 196
Jacksboro, TN 37757

9. Jenny Siler
c/o Kristie N. Anderson
523 Main Street
P.O. Box 196
Jacksboro, TN 37757

10. Dakota Siler
c/o Kristie N. Anderson
523 Main Street
P.O. Box 196
Jacksboro, TN 37757

11. Bob Denney
Tennessee Bureau of Investigation
Johnson City Office
207 North Boone Street, Suite 600
Johnson City, Tennessee 37604

12. Rick Morrell
Tennessee Bureau of Investigation
Johnson City Office
207 North Boone Street, Suite 600
Johnson City, Tennessee 37604

13. All parties to this case.

14. Any witness called by any other party.

## PLAINTIFFS' EXHIBIT LIST

1. Audio tape of incident from July 8, 2004.

2. Transcript of Audio tape prepared by the FBI on August 13-15, 2004.

3. Warrants prepared by Defendant Josh Monday in 2002, 2003, and 2004.

4. Warrants prepared by Defendant Shayne Christopher Green in 2004.

5. Warrants prepared by Defendant William Carroll in 2004.

6. Guilty plea of Defendant Gerald David Webber.

7. Guilty plea of Defendant Samuel Reed Franklin.

8. Guilty plea of Defendant Shayne Christopher Green.

9. Guilty plea of Defendant Joshua James Monday.

10. Guilty plea of Defendant William Carroll.

11. Campbell County Sheriff's Department Personnel (employment) file of Defendant Joshua James Monday.

12. Campbell County Sheriff's Department Personnel (employment) file of Defendant Gerald David Webber.

RESPECTFULLY submitted this the 1st day of November, 2007.

/s/Kristie Anderson
Kristie Anderson
Attorney for Plaintiffs
BPR No. 021840

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Dated this 1st day of November, 2007.

BY: /s/Kristie N. Anderson