from B1

find work in law enforcement elsewhere. In Tennessee, state law requires that all police officers must be certified within one year of being hired. Many other states have similar requirements and will accept a Tennessee POST certificate.

Siler was on 11 years' probation after pleading guilty last year to selling drugs from his home, which is within 1,000 feet of a school. Webber was the lead investigator in that case.

McClellan said he had received numerous calls from citizens in the White Oak community alleging that Siler was still selling drugs. Because of those calls, the sheriff said, he specifically instructed Webber to investigate Siler again.

"I did not know then that we already had a paper on him," McClellan said, referring to a probation violation warrant issued in March alleging that Siler had tested positive for marijuana use and missed numerous meetings with his probation officer. That warrant was based on a complaint by his probation officer.

TBI is investigating a complaint by Siler that he was beaten inside his home when he refused to sign a consent form for the officers to search when they came to serve that warrant on July 8. TBI is also investigating an allegation that electrical clamps were either used on Siler or used to threaten him with being shocked.

A statement issued by Siler's lawyers, Michael Parley and Kristie Anderson, states that during a two-hour period, Siler was beaten and subjected to another form of "torture," which was not specified.

The News Sentinel has learned that TBI has an audiotape that captures the sounds of at least part of what