IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LESTER EUGENE SILER, et al.,

    Plaintiffs,

v.                                              Civil Action No. 3:05-cv-341

GERALD DAVID WEBBER, et al.,

    Defendants.

## AFFIDAVIT

    I, Jackie Miracle, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

    1.    That on or about 2004, I was employed at the Campbell County Sheriff's Department and was riding with another Campbell County Sheriff's Department Deputy when we became involved in the pursuit of another vehicle.

    2.    That other Officers, along with Chief Deputy Charles Scott, were also involved in the above mentioned pursuit.

    3.    That upon stopping said vehicle, I, Jackie Miracle, along with another officer secured the passenger of said vehicle, while the other officers along with Chief Deputy Charles Scott secured the driver of the vehicle.

    4.    That I, Jackie Miracle, heard the driver of the pursued vehicle being abused, and further heard the driver of the pursued vehicle begging the Officers to stop beating him.

    5.    That Chief Deputy Charles Scott was present while the driver of the vehicle was being abused.

    6.    That I, Jackie Miracle, stayed with the passenger of the vehicle, who was cuffed, and told the passenger of the vehicle to be quiet so that he would not be noticed by the other Officers and Chief Deputy Charles Scott.

7. That another Officer with the Campbell County Sheriff's Department came to the area where I was at with the cuffed passenger of the vehicle and jerked the passenger of the vehicle up by the hair of his head and began slapping and abusing him.

8. That Chief Deputy Charles Scott stood by and watched the passenger of the vehicle being abused by the other Officer.

9. That I confronted Chief Deputy Charles Scott and stated that I did not participate in any abuse.

10. That Chief Deputy Charles Scott did not reprimand any of the Officers involved.

Further, affiant saith not.

_____
Affiant

Sworn to and subscribed before
me this 6 day of November, 2007.

_____
Notary Public

My Commission expires: 5-13-09