# CAMPBELL COUNTY GOVERNMENT
## EMPLOYEE ADD/CHANGE NOTICE

FISCAL YEAR: 03-04

RECEIVED MAR 1 6 2004 KH

**NOTIFICATION DATE:** 3-16-04

**EFFECTIVE DATE:** 3-18-04

**EMPLOYEE NAME:** Josh Monday

**SOCIAL SECURITY #:** —

**MAILING ADDRESS:** P.O. Box 177 Caryville, Tn. 37714

**TELEPHONE NO.:** 562-7446 WORK   566-2106 HOME

**LOCATION:**

**FUND NUMBER:** 101-54110-106

**RATE OF PAY:** patrolman - non - certified
*Salary, hourly, annual, etc.

**CHANGES ARE:** transferred to patrol from jail division.
*New hire, termination, account number change, etc.

**REMARKS:** replacing Jason Henegar
*Replacing, full-time, part-time, temporary, etc.

**Department Head:** Charles G. Scott    3-16-04

**Payroll Clerk:** Karen Henegar    3/16/04

**Finance Director:** [signature]    3-16-04