## WAIVERS

1. **Waiver for Trail on the Merits**
   **(Misdemeanor)**
   The defendant, after being fully advised by the Court of his right to be tried only upon indictment or presentment by a Grand Jury, his right to a preliminary hearing before indictment, and his right to a trial by a jury of peers, hereby, waives those rights and requests that the Judge hear his case on the merits and set an appropriate sentence if found guilty. The State joins in this requests for the purpose of waiving its rights to a jury trial.

2. **Preliminary Examination**
   DEFENDANT, _____
   hereby expressly waives in writing his/her right to a preliminary hearing.

   _____ DEFENDANT
   _____ JUDGE

3. **Right to Counsel**
   DEFENDANT, _____
   after being fully advised of his/her right to the aid of counsel in every stage of the proceedings, and further having been advised that if necessary an attorney will be appointed to represent the dependent, hereby waives his/her right to counsel.

   _____ DEFENDANT
   _____ JUDGE
   DATE _____, 20___

ATTORNEY – CHECK IF COURT APPOINTED ☐

_____ ATTORNEY

☐ Defendant having failed to appear, an Attachment or Alias Arrest Warrant is hereby ordered.
**Failure to Appear:**
Defendant having failed to appear in Court, a conditional forfeiture of defendant's bail and a capias for his arrest is hereby ordered. Bail is set at _____
$ _See T0207082_
Judge _gura_
Date _8/11_

---

_____ Court

DOCKET NO. _T0207083_ PAGE NO. _____

STATE OF TENNESSEE
VS.

_DAVID L. OGLE_
_D.O.B. 5-19-53_
DEFENDANT

CHARGE _Violation of Implied Consent Law_

ISSUED THIS _5th_ DAY OF _Aug_
20_03_

_Brenda Sosheim_, CLERK

By _De K.D.<_
JUDGE, COMMISSIONER, CLERK

INITIAL APPEARANCE DATE
_August 11_, 20 _03_ AT _1:30PM_

BOND FIXED AT $ _____

SECURED BY _____

CONTINUED _____

CONTINUED _____

RETURN OF SERVICE
EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT
_____

THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY
_____

DATE _____, 20___

_Josh Moody_

---

## JUDGEMENT

Judgement that the Defendant be:
☐ Dismissed and cost taxed to the _____
☐ Fined $ _____ and cost on a plea of _____
☐ Driving privilege for suspended for _____
☐ Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered.
☐ Defendant having entered a plea of (guilty) (not guilty), was found by the Court of the following offenses, ordered to pay the Court costs and sentence as indicated:

Offense    Fine    Confinement    Rel. Elig.

☐ Confinement, (except for _____ days) is suspended for _____ upon the defendant's good behavior, payment of fine and court costs, and _____

☐ Sentencing is reserved and is to be determined on _____, 20___.

☐ Bound over and held to the Grand Jury of _____ County.
Bail Bond set at $ _____

☐ Waived preliminary hearing, bound over and held to the Grand Jury.
Bail Bond set at $ _____

☐ _See plea in_
_T0207082_

_Josh M. Ayers_
JUDGE
DATE _8/19_, 20 _03_

I, Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No. _____ Page _____
This the _29_ day of _October_, 20_07_
BOBBY W. VANN
Circuit Court Clerk

Cost $ _____
Fine $ _____
Cost $ _____
D.C. _____
Total Fine & Cost $ _____

# UNIFORM CITATION

## Campbell County Sheriff's Department
P.O. Box 82, Kentucky St, Jacksboro, TN 37757
423-562-7446

**No. 19029**

## COMPLAINT - AFFIDAVIT

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES:

**VIOLATOR**

| NAME (FIRST) | (MIDDLE) | (LAST) | DATE OF BIRTH MO. DAY YR. | RACE | SEX |
|---|---|---|---|---|---|
| David | L | Ogle | 5/19/53 | W | M |

| ADDRESS | TN RESIDENT? | SEAT BELT? |
|---|---|---|
| 540 Dan Bean Road | ☒ YES ☐ NO | ☐ YES ☐ NO |

| CITY | STATE | ZIP CODE | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Speedwell | TN | 37870 | [redacted] |

| DRIVER LICENSE NUMBER | CLASS/TYPE LICENSE | STATE | EXPIRATION DATE MO. DAY YR. | TELEPHONE NUMBER |
|---|---|---|---|---|
| [redacted] | Suspended | | | |

☐ OWNED ☐ LEASED NAME
☐ CARRIER ADDRESS
☐ MC ☐ CMV ☐ HAZ MAT
☐ ACCIDENT

**VEHICLE** — DID UNLAWFULLY OPERATE/PARK A MOTOR VEHICLE:

| MAKE | MODEL | YEAR | COLOR | LICENSE PLATE NUMBER | STATE | YEAR |
|---|---|---|---|---|---|---|
| Chevy | S-10 | 85 | Blue | MYC 004 | TN | 03 |

**LOCALE**

| UPON STREET/HIGHWAY | S.R.# | TRAVEL DIR. | M.M.# | CITY/COUNTY | HIGHWAY TYPE | AREA |
|---|---|---|---|---|---|---|
| Old Middlesboro Hwy | | ☐N ☐S ☐E ☐W | | Campbell | ☐3-L ☐4-L ☐DIV. ☒2-LRD | ☐SCHOOL ☐RES. ☒RURAL ☐BUSINESS |

AFORESAID DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE:

**VIOLATION**

- 01 ☐ SPEEDING _____ MPH IN _____ SPEED LIMIT _____ ☐ ZONE ☐ PACING ☐ RADAR ☐ OTHER
- 02 ☐ RECKLESS DRIVING  20 ☐ DUI BAC _____  103 ☐ REGISTRATION LAW
- 03 ☐ TRAFFIC CONTROL DEVICE  22 ☐ REV/SUS/CAN DL  393 ☐ CHILD RESTRAINT
- 591 ☐ OVERWEIGHT-AXLE

OTHER: Violation of Implied Consent Law

DATE OF OFFENSE: 8-2-03

T.C.A.: _____ ORDINANCE: _____

**NARRATIVE**

Affiant is a Deputy with the Campbell Co. Sheriff Department and on 8-2-03 Arrested the Defendant for DUI. Defendant was read the Implied Consent form and refused to submit to the test. This offence did occur in Campbell Co. Tennessee.

THE UNDERSIGNED FURTHER STATES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE HEREIN SET FORTH, CONTRARY TO LAW.

THIS 2 DAY OF August 20 03 TIME 12:45 ☒AM ☐PM

RANK: Deputy   OFFICER NAME (PRINT): Jeff Monday   BADGE/ID NO.: 760

HAVING BEEN DULY SWORN, I DO HEREBY ATTEST THAT THE ABOVE IS A TRUE AND COMPLETE COPY OF THE ORIGINAL CITATION, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 5th DAY Aug 20 03

SIGNATURE OF OFFICER: [signature]   JUDGE/CLERK: [signature]

**COURT**

IN THE 1 ☒ GENERAL SESSIONS COURT OF CAMPBELL COUNTY NO. 03   IN THE CITY OF Jacksboro NO. 02
2 ☐ JUVENILE COURT
3 ☐ CITY COURT OF JELLICO   Monday THE 11 DAY OF August 20 03 TIME 1:00 ☐AM ☒PM

NOTICE: FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED TO THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF UP TO SIX (6) MONTHS AND/OR A $50 FINE. I UNDERSTAND THE ABOVE NOTICE AND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

VIOLATOR'S SIGNATURE: [signature]

Action Printing - Jacksboro   Rev. 12/99

## WAIVERS

1. Waiver for Trail on the Merits
   (Misdemeanor)
   The defendant, after being fully advised by the Court of his right to be tried only upon indictment or presentment by a Grand Jury, his right to a preliminary hearing before indictment, and his right to a trial by a jury of peers, hereby waives those rights and requests that the Judge hear his case on the merits and set an appropriate sentence if found guilty. The State joins in this requests for the purpose of waiving its rights to a jury trial.

2. Preliminary Examination
   DEFENDANT, _____
   hereby expressly waives in writing his/her right to a preliminary hearing.

   _____ DEFENDANT
   _____ JUDGE

3. Right to Counsel
   DEFENDANT, _____
   after being fully advised of his/her right to the aid of counsel in every stage of the proceedings, and further having been advised that if necessary an attorney will be appointed to represent the dependent, hereby waives his/her right to counsel.

   _____ DEFENDANT
   _____ JUDGE
   DATE _____, 20___

ATTORNEY - CHECK IF COURT APPOINTED ☐

_____ ATTORNEY

☐ Defendant having failed to appear, an Attachment or Alias Arrest Warrant is hereby ordered.
   Failure to Appear:
   Defendant having failed to appear in Court, a conditional forfeiture of defendant's bail and a capias for his arrest is hereby ordered. Bail is set at
   $ _____
   Judge _____
   Date _____ 20___

_____ Court

DOCKET NO. T0209940  PAGE NO. _____

STATE OF TENNESSEE
VS.

Jason L. Ragland
D.O.B. 7-10-83
DEFENDANT

CHARGE Speeding 90 mph in 70 mph zone

ISSUED THIS 5th DAY OF Sept
20 03

Brenda D. Bohears, CLERK
By _____ DC
JUDGE, COMMISSIONER, CLERK

INITIAL APPEARANCE DATE
September 26, 20 03 AT 1:00 PM

BOND FIXED AT $ _____

SECURED BY _____

CONTINUED _____

CONTINUED _____

RETURN OF SERVICE
EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT

THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY

DATE _____, 20___
_____ OFFICER

## JUDGEMENT

Judgement that the Defendant be:
☐ Dismissed and cost taxed to the _____
☐ Fined $ _____ and cost on a plea of _____
☐ Driving privilege for suspended for _____
☐ Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered.
☐ Defendant having entered a plea of (guilty) (not guilty), was found by the Court of the following offenses, ordered to pay the Court costs and sentence as indicated:

Offense   Fine   Confinement   Rel. Elig.

☐ Confinement, (except for _____ days) is suspended for _____ the defendant's good behavior, payment of fine and court costs, and _____

☐ Sentencing is reserved and is to be determined _____, 20___

☐ Bound over and held to the Grand Jury _____ County
Bail Bond set at $ _____

☐ Waived preliminary hearing, bound over and held to the Grand Jury.
Bail Bond set at $ _____

☐ _____

_____ JUDGE
DATE 9/18, 20 03

Cost $ 20 00
Fine $ 140 00
Cost $ _____
Total Fine & Cost $ 160 00

I, Bobby V. Vann, Circuit Court Clerk of Campbell County, Tennessee do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Docket No. _____ Page _____
This the 29 day of October, 20 07
BOBBY W. VANN
Circuit Court Clerk
_____ D.C.

# UNIFORM CITATION
## Campbell County Sheriff's Department
P.O. Box 82, Kentucky St, Jacksboro, TN 37757
423-562-7446

**No. 19051**

**COMPLAINT - AFFIDAVIT**

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES:

### VIOLATOR
- **NAME (FIRST):** Jason
- **(MIDDLE):** L.
- **(LAST):** Ragland
- **DATE OF BIRTH:** 7/10/83
- **RACE:** W
- **SEX:** M
- **ADDRESS:** 3650 Tates Creek Rd 173
- **TN RESIDENT?:** ☐ YES ☒ NO
- **SEAT BELT?:** ☐ YES ☐ NO
- **CITY:** Lexington
- **STATE:** KY
- **ZIP CODE:** 40517
- **SOCIAL SECURITY NUMBER:** [redacted]
- **DRIVER LICENSE NUMBER:** [redacted]
- **CLASS/TYPE LICENSE:** D
- **STATE:** KY
- **EXPIRATION DATE:** 7/10/04
- **TELEPHONE NUMBER:** [redacted]

### VEHICLE
- ☐ OWNED ☐ LEASED ☐ CARRIER
- **NAME:** Dale Ragland
- **ADDRESS:** Same as violator
- ☒ MC ☐ CMV ☐ HAZ MAT
- ☐ ACCIDENT

DID UNLAWFULLY OPERATE/PARK A MOTOR VEHICLE:
- **MAKE:** GMC
- **MODEL:** Sonoma
- **YEAR:** 96
- **COLOR:** Red
- **LICENSE PLATE NUMBER:** 6136-HM
- **STATE:** KY
- **YEAR:** 04

### LOCALE
- **UPON STREET/HIGHWAY:** I-75
- **S.R.#:**
- **TRAVEL DIR.:** ☐ N ☒ S ☐ E ☐ W
- **M.M#:** 151
- **CITY/COUNTY:** Campbell
- **HIGHWAY TYPE:** ☐ 3-L ☐ 4-L ☐ DIV. ☒ 2-L RD
- **AREA:** ☐ BUSINESS ☐ SCHOOL ☐ RES. ☒ RURAL

AFORESAID DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE:

- 01 ☒ SPEEDING 90 MPH IN 70 SPEED LIMIT ☒ ZONE ☐ PACING ☒ RADAR ☐ OTHER  591 ☐ OVERWEIGHT AXLE
- 02 ☐ RECKLESS DRIVING  20 ☐ DUI BAC ____  103 ☐ REGISTRATION LAW
- 03 ☐ TRAFFIC CONTROL DEVICE  22 ☐ REV/SUS/CAN DL  393 ☐ CHILD RESTRAINT  ☒ DATE OF OFFENSE 8-22-03
- ☐ OTHER:
- **T.C.A.:**
- **ORDINANCE:**

### NARRATIVE
Affiant is a Deputy with the Campbell Co. Sheriff Department and on 8-22-03 radared the defendant traveling 90 in 70 mph zone in the above stated vehicle.

### OFFICER
THE UNDERSIGNED FURTHER STATES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE HEREIN SET FORTH, CONTRARY TO LAW.

THIS 22 DAY OF August 20 03 TIME 10:10 ☒ AM ☐ PM
- **RANK:** Deputy
- **OFFICER NAME (PRINT):** Josh Monday
- **BADGE/ID NO.:** 760

HAVING BEEN DULY SWORN, I DO HEREBY ATTEST THAT THE ABOVE IS A TRUE AND COMPLETE COPY OF THE ORIGINAL CITATION, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 5th DAY Sept 20 03

SIGNATURE OF OFFICER / JUDGE/CLERK

### COURT
- IN THE 1 ☒ GENERAL SESSIONS COURT OF Campbell COUNTY  NO. 07
- IN THE CITY OF Jacksboro  NO. ___
- 2 ☐ JUVENILE COURT
- 3 ☐ CITY COURT OF JELLICO  Friday THE 26 DAY OF September 20 03 TIME 1:00 ☐ AM ☒ PM

NOTICE: FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED TO THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF UP TO SIX (6) MONTHS AND/OR A $50 FINE. I UNDERSTAND THE ABOVE NOTICE AND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

Action Printing - Jacksboro

Rev. 12/99

## WAIVERS

...ver for Trail on the Merits
(...demeanor)
...defendant, after being fully advised by the Court of his ... to be tried only upon indictment or presentment by a ...nd Jury, his right to a preliminary hearing before ...tment, and his right to a trial by a jury of peers, hereby ...es those rights and requests that the Judge hear his ... on the merits and set an appropriate sentence if found ... The State joins in this requests for the purpose of ...ing its rights to a jury trial.

...iminary Examination
...FENDANT,_____
...eby expressly waives in writing his/her right to a ...iminary hearing.

_____ DEFENDANT
_____ JUDGE

...ght to Counsel
...FENDANT,_____
...ter being fully advised of his/her right to the aid of counsel ... every stage of the proceedings, and further having been ...dvised that if necessary an attorney will be appointed to ...present the dependent, hereby waives his/her right to ...ounsel.

_____ DEFENDANT
_____ JUDGE
DATE_____, 20___

ATTORNEY - CHECK IF COURT APPOINTED ☐
_____ ATTORNEY

☐ Defendant having failed to appear, an Attachment or Alias Arrest Warrant is hereby ordered.
Failure to Appear:
Defendant having failed to appear in Court, a conditional forfeiture of defendant's bail and a capias for his arrest is hereby ordered. Bail is set at
$_____
Judge_____
Date_____, 20___

---

_____ Court

DOCKET NO. T0208034 PAGE NO._____

STATE OF TENNESSEE
VS.

Dawn M. Micabelli
D.O.B 1-21-65
DEFENDANT

CHARGE DUI By Consent

ISSUED THIS_____ DAY OF_____
20___

By_____, CLERK
JUDGE, COMMISSIONER, CLERK

INITIAL APPEARANCE DATE
September 22, 20 03 AT 1:00 PM

BOND FIXED AT $_____

SECURED BY_____

CONTINUED 1-20-04 11:20 pm

CONTINUED_____

RETURN OF SERVICE
EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT

THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY

DATE_____, 20___

_Josh Mondy_
OFFICER

---

## JUDGEMENT

Judgement that the Defendant be:
☑ Dismissed and cost taxed to the _State_.
☐ Fined $_____ and cost on a plea of_____
☐ Driving privilege for suspended for_____
☐ Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered.
☐ Defendant having entered a plea of (guilty) (not guilty), was found by the Court of the following offenses, ordered to pay the Court costs and sentence as indicated:

| Offense | Fine | Confinement | Rel. Elig. |
|---|---|---|---|

☐ Confinement, (except for_____ days) is suspended for_____ upon the defendant's good behavior, payment of fine and court costs, and_____

☐ Sentencing is reserved and is to be determined on _____, 20___

☐ Bound over and held to the Grand Jury of _____ County.
Bail Bond set at $_____

☑ Waived preliminary hearing, bound over and held to the Grand Jury.
Bail Bond set at $_____

☐ see plea in T0207953

_signature_
JUDGE
DATE 1/20, 20 04

I, Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No._____ Page_____
This the 29 day of October, 2007
Circuit Court Clerk BOBBY W. VANN
_Lisa Heatherly_ D.C.

Cost $_____
Fine $_____
Cost $_____
Total Fine & Cost $_____

# UNIFORM CITATION
## COMPLAINT - AFFIDAVIT

**Campbell County Sheriff's Department**
P.O. Box 82, Kentucky St, Jacksboro, TN 37757
423-562-7446

No. 19065

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES:

**VIOLATOR**
- NAME (FIRST): Donna (MIDDLE): M (LAST): Mirabelli
- DATE OF BIRTH: 1/2/65  RACE: W  SEX: F
- ADDRESS: 175 Chestnut Circle
- TN RESIDENT? ☒ YES   SEAT BELT? ☐
- CITY: LaFollette  STATE: TN  ZIP CODE: 37766
- SOCIAL SECURITY NUMBER: ███-██-██14
- DRIVER LICENSE NUMBER: Revoked/Unk'o  STATE: FL
- TELEPHONE NUMBER: (423) 566-1962

**VEHICLE**
- ☐ OWNED  ☐ LEASED  NAME:   ADDRESS:
- ☐ CARRIER  ☐ MC  ☐ CMV  ☐ HAZ MAT  ☐ ACCIDENT
- DID UNLAWFULLY OPERATE/PARK A MOTOR VEHICLE:
- MAKE: Suzuki  MODEL: Jeep  YEAR: 94  COLOR: Blue  LICENSE PLATE NUMBER: AGB 418  STATE: TN  YEAR: 04

**LOCALE**
- UPON STREET/HIGHWAY: Chestnut Stomp Rd
- TRAVEL DIR: N
- CITY/COUNTY: Campbell
- HIGHWAY TYPE: 2-LRD
- AREA: ☒ RURAL

**VIOLATION**
- OTHER: DUI By Consent
- DATE OF OFFENSE: 9-14-03

**NARRATIVE**

Affiant is a deputy with the Campbell Co. Sheriff Department and on 9-14-03 was dispatch to Chestnut Stomp Rd to investigate a wreck. Affiant found that Defendant let her sister Diane M. Mirabelli have the above stated vehicle to drive while her sister was extremely intoxicated. Defendant stated she gave her sister the vehicle to go to the store to get some cigarettes. This offense did occur in Campbell Co. Tennessee.

Witness: Jason Henegar - CCSO

THIS 14 DAY OF September 20 03 TIME 9:45 PM
RANK: Deputy  OFFICER NAME: Josh Monday  BADGE: 7160

SWORN TO AND SUBSCRIBED BEFORE ME THIS 18th DAY Sept 20 03
SIGNATURE OF OFFICER: Josh Monday
JUDGE/CLERK: Patricia Shelterly

IN THE GENERAL SESSIONS COURT OF CAMPBELL COUNTY NO. 07
IN THE CITY OF Jacksboro NO. 62
MONDAY THE 22 DAY OF September 20 03 TIME 1:08 PM