IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LESTER EUGENE SILER, et al.,

Plaintiffs,

v. Civil Action No. 3:05-cv-341

GERALD DAVID WEBBER, et al.,

Defendants.

AFFIDAVIT

I, Jeff Marlow, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. That I, Jeff Marlow, am employed as the Financial Director for the Campbell County Department of Finance.

2. That as part of my duties as the Financial Director, I, Jeff Marlow, am responsible for maintaining financial records, including date of hire and date of termination, regarding all employees of the Campbell County Sheriff's Department.

3. That the date of hire and date of termination is provided by the Campbell County Sheriff's Department.

4. That I, Jeff Marlow, have maintained a file on William Carroll, which was partially provided by the Campbell County Sheriff's Departmnet.

5. That on or about March 15, 2004, I, Jeff Marlow, received a Campbell County Government Employee Add/Change form regarding William Carroll. (See Attached).

6. That the Campbell County Government Employee Add/Change form stated that William Carroll's rate of pay was to be as a Full-Time Uncertified Deputy.

7. That the Campbell County Government Employee Add/Change form was signed by Charles G. Scott on March 15, 2004.

Further, affiant saith not.

[signature]
Affiant

Sworn to and subscribed before me this 9 day of November, 2007.

[signature]
Notary Public

My Commission expires: July 26, 2010

LISA G. BOWLIN STATE OF TENNESSEE NOTARY PUBLIC CAMPBELL COUNTY

CAMPBELL COUNTY GOVERNMENT

EMPLOYEE ADD/CHANGE NOTICE

FISCAL YEAR 03-04

RECEIVED MAR 1 5 2004 KH

NOTIFICATION DATE 03-15-04

EFFECTIVE DATE 03-01-04

EMPLOYEE NAME William Carroll

SOCIAL SECURITY #

MAILING ADDRESS

TELEPHONE NO. 423-562-7446
WORK HOME

LOCATION Sheriff

FUND NUMBER 101-54110-106 $21,175.00

RATE OF PAY Uncertified Deputy

*Salary, hourly, annual, etc.

RECEIVED MAR 2 4 2004

CHANGES ARE: New Hire - Full Time

*New hire, termination, account number change, etc.

Bobby Vann Per Sandra

REMARKS: Jr. ~~Randy Baird~~ Salary ~~101-54110-115~~

*Replacing, full-time, part-time, temporary, etc.

Department Head Charles G. Scott CHIEF DEPUTY SHERIFF ST Date 03-15-04

Payroll Clerk Karen Dunegan Date 3/16/04

Finance Director Date 3-16-04

Case 3:05-cv-00341-RAE-HBG Document 67-6 Filed 11/15/07 Page 3 of 3 PageID #: <pageID>