## WAIVERS

1. **Waiver for Trial on the Merits (Misdemeanor)**
The defendant, after being fully advised by the Court of his right to be tried only upon indictment or presentment by a Grand Jury, his right to a preliminary hearing before indictment, and his right to a trial by a jury of peers, hereby waives those rights and requests that the Judge hear his case on the merits and set an appropriate sentence if found guilty. The State joins in this request for the purpose of waiving its rights to a jury trial.

2. **Preliminary Examination**
DEFENDANT, hereby expressly waives in writing his/her right to a preliminary hearing.

x _Marcus Black_
**DEFENDANT**

_[signature]_
**JUDGE**

3. **Right to Counsel**
DEFENDANT, after being fully advised of his/her right to the aid of counsel in every stage of the proceedings, and further having been advised that if necessary an attorney will be appointed to represent the dependent, hereby waives his/her right to counsel.

x _Marcus Black_
**DEFENDANT**

_[signature]_
**JUDGE**

DATE _7/19_, 20 _04_

ATTORNEY - CHECK IF COURT APPOINTED ☐

_____
**ATTORNEY**

☐ Defendant having failed to appear, an Attachment or Alias Arrest Warrant is hereby ordered.
**Failure to Appear:** Defendant having failed to appear in Court, a conditional forfeiture of defendant's bail and a capias for his arrest is hereby ordered. Bail is set at
$ _____
Judge _____
Date _____, 20 __

---

_____ Court

DOCKET NO. _CM151463_ PAGE NO. ____

**STATE OF TENNESSEE**
VS.

_MARCUS DAVID BLACK_

**DEFENDANT**

CHARGE _PI_

ISSUED THIS ____ DAY OF ____ 20 __

By _____
JUDGE, COMMISSIONER, CLERK

INITIAL APPEARANCE DATE
_July 19th_, 20 _04_

BOND FIXED AT $ _____
SECURED BY _8/16/04_
CONTINUED _____
CONTINUED _____

**RETURN OF SERVICE**
EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT

THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY

DATE _____
_SHAYNE GREEN_

---

## JUDGEMENT

Judgement that the Defendant be:
☐ Dismissed and cost taxed to the _____
☐ Fined $ _____ and cost on a plea of _____
☐ Driving privilege for suspended for _____
☐ Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered.
☑ Defendant having entered a plea of (guilty) (not guilty), was found by the Court of the following offenses, ordered to pay the Court costs and sentence as indicated:

| Offense | Fine | Confinement | Rel. Elig. |
|---------|------|-------------|------------|
| PI | $10 | 30 days | 75% |

☐ Confinement, (except for ____ days) is suspended for _____ upon the defendant's good behavior, payment of fine and court costs, and _____

☐ Sentencing is reserved and is to be determined _____

☐ Bound over and held to the Grand Jury.
Bail Bond set at $ _____

☐ Waived preliminary hearing, bound over and held to the Grand Jury.
Bail Bond set at $ _____

_[signature]_
**JUDGE**
DATE _7/19_, 20 _04_

Cost _____
Fine $ _____
Cost $ _____
Total Fine & Cost $ _____

Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee, do hereby certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No. ____ Page ____
This the ____ day of _October_, 20 _07_
BOBBY W. VANN
Circuit Court Clerk
_[signature]_ D.C.

# UNIFORM CITATION

## Campbell County Sheriff's Department
P.O. Box 82, Kentucky St, Jacksboro, TN 37757
423-562-7446

**COMPLAINT - AFFIDAVIT**

No. 21551

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES:

**VIOLATOR**
- NAME (FIRST): MARCUS  (MIDDLE): DAVID  (LAST): BLACK
- DATE OF BIRTH: 4/12/80  RACE: W  SEX: M
- ADDRESS: 1281 GLADE SPRINGS RD.
- TN RESIDENT? —  SEAT BELT? —
- CITY: LAFOLLETTE  STATE: TN.  ZIP CODE: 37766
- SOCIAL SECURITY NUMBER: [redacted]
- DRIVER LICENSE NUMBER: R420-585-135-285  CLASS/TYPE LICENSE: D  STATE: MI.  EXPIRATION DATE: 4/12/06  TELEPHONE NUMBER: N/A

**VEHICLE**
- OWNED / LEASED / CARRIER: —
- MC / CMV / HAZ MAT / ACCIDENT: —

DID UNLAWFULLY OPERATE/PARK A MOTOR VEHICLE:
- MAKE: TOYOTA  MODEL: TRK.  YEAR: 96  COLOR: BLACK  LICENSE PLATE NUMBER: NLU-497  STATE: TN.  YEAR: 05

**LOCALE**
- UPON STREET/HIGHWAY: GLADE SPRINGS RD.
- TRAVEL DIR: —
- CITY/COUNTY: CAMPBELL
- HIGHWAY TYPE: 2-LN-RD
- AREA: RURAL

**VIOLATION**
- ☑ OTHER: P.I.
- DUI BAC: —
- DATE OF OFFENSE: 7-6-04

T.C.A.: —  ORDINANCE: —

**NARRATIVE**

THE AFFIANT IS A DEPUTY SHERIFF IN CAMPBELL, COUNTY TN. THE AFFIANT WAS DISPATCHED TO GLADE SPRINGS RD. TO BOLO FOR A BLACK TOYOTA TRUCK DRIVING IN A RECKLESS MANNER THE AFFIANT OBSERVED A BLACK TOYOTA TRK. TN. REGISTRATION NLU-497 STUCK ON THE SHOULDER OF THE ROAD. THE AFFIANT OBSERVED THE DEFENDANT STANDING BESIDE THE ABOVE VEHICLE UPON INVESTIGATION THE AFFIANT COULD SMELL A STRONG ODOR OF ALCOHOL ABOUT THE DEFENDANTS BREATH AND WAS VERY UNSTABLE ON HIS FEET THE DEFENDANT WAS GIVEN (3) FIELD SOBR. TEST WHICH HE COULD NOT PERFORM THE DEFENDANT WAS ARRESTED FOR P.I. THE ABOVE OFFENSE DID OCCUR IN CAMPBELL CO. TN.

THE UNDERSIGNED FURTHER STATES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE HEREIN SET FORTH, CONTRARY TO LAW.

THIS 6 DAY OF July 2004 TIME 10:45 AM
RANK: DEPUTY  OFFICER NAME (PRINT): S. GREEN  BADGE/ID NO: 751

HAVING BEEN DULY SWORN, I DO HEREBY ATTEST THAT THE ABOVE IS A TRUE AND COMPLETE COPY OF THE ORIGINAL CITATION, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 7th DAY July 2004

SIGNATURE OF OFFICER: Shane Green
JUDGE/CLERK: Bobby Vann, Angie Worley

IN THE 1. ☑ GENERAL SESSIONS COURT OF CAMPBELL CO. COUNTY
IN THE CITY OF JACKSBORO
MON THE 19th DAY OF July 2004 TIME 1:00 PM

NOTICE: FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED TO THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF UP TO SIX (6) MONTHS AND/OR A $50 FINE. I UNDERSTAND THE ABOVE NOTICE AND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

Rev. 12/99

## WAIVERS

1. Waiver for Trail on the Merits
   (Misdemeanor)
   The defendant, after being fully advised by the Court of his right to be tried only upon indictment or presentment by a Grand Jury, his right to a preliminary hearing before indictment, and his right to a trial by a jury of peers, hereby waives those rights and requests that the Judge hear his case on the merits and set an appropriate sentence if found guilty. The State joins in this requests for the purpose of waiving its rights to a jury trial.

2. Preliminary Examination
   DEFENDANT, _____
   hereby expressly waives in writing his/her right to a preliminary hearing.

   x _William Boston_ (signature)
   DEFENDANT
   _Jayson M._ (signature)
   JUDGE

3. Right to Counsel
   DEFENDANT, _____
   after being fully advised of his/her right to the aid of counsel in every stage of the proceedings, and further having been advised that if necessary an attorney will be appointed to represent the defendant, hereby waives his/her right to counsel.

   x _William Boston_ (signature)
   DEFENDANT
   _Jayson M._ (signature)
   JUDGE
   DATE _7/19_, 20_04_

ATTORNEY – CHECK IF COURT APPOINTED ☐

_____
ATTORNEY

☐ Defendant having failed to appear, an Attachment or Alias Arrest Warrant is hereby ordered
**Failure to Appear:**
Defendant having failed to appear in Court, a conditional forfeiture of defendant's bail and a capias for his arrest is hereby ordered. Bail is set at
$ _____
Judge _____
Date _____ , 20__

---

_____ Court

DOCKET NO. _CM15146A_ PAGE NO. ____

STATE OF TENNESSEE
VS.

_William T. Boston_
DOB _10/29/77_
DEFENDANT

CHARGE _PI_

ISSUED THIS ____ DAY OF _____
20___
_____ CLERK
By _____
JUDGE, COMMISSIONER, CLERK

INITIAL APPEARANCE DATE
_July 19th_, 20_04_ AT _1:30_ AM/PM

BOND FIXED AT $ _____
SECURED BY _8/16/04 9:00_

CONTINUED _____

CONTINUED _____

RETURN OF SERVICE
EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT

THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY

DATE _____ , 20__
_Shayne Green_
OFFICER

---

## JUDGEMENT

Judgement that the Defendant be:
☐ Dismissed and cost taxed to the _____
☐ Fined $ _____ and cost on a plea of _____
☐ Driving privilege for suspended for _____
☐ Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered.
☑ Defendant having entered a plea of (guilty) (not guilty), was found by the Court of the following offenses, ordered to pay the Court costs and sentence as indicated:

| Offense | Fine | Confinement | Rel. Elig. |
|---------|------|-------------|------------|
| PI | $10 | 30 days | 75% |

☐ Confinement, (except for _____ days) is suspended for _____ upon the defendant's good behavior, payment of fine and court costs, and _____

☐ Sentencing is reserved and is to be determined _____

☐ Bound over and held to the Grand Jury.
Bail Bond set at $ _____

☐ Waived preliminary hearing, bound over and held to the Grand Jury.
Bail Bond set at $ _____

☐ _____

_Jayson M._ (signature)
JUDGE
DATE _8/19_, 20_04_

Cost _____
Fine $ _____
Cost $ _____
Total Fine & Cost $ _____

[Red stamp: I, Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee, do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No. ___ Page ___ This the ___ day of October, 20_07_. BOBBY W. VANN, Circuit Court Clerk, _____ D.C.]

# UNIFORM CITATION / COMPLAINT - AFFIDAVIT

**Campbell County Sheriff's Department**
P.O. Box 82, Kentucky St, Jacksboro, TN 37757
423-562-7446

**No. 21552**

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES:

**VIOLATOR**
- NAME (FIRST): WILLIM  (MIDDLE):  (LAST): FOSTON
- DATE OF BIRTH: 10-29-77
- RACE/SEX: W M
- ADDRESS: 1069 KNOX HOLLOW RD.
- CITY: LAFOLLETTE   STATE: TN   ZIP: 37766
- TN RESIDENT? / SEAT BELT? (blank)
- SOCIAL SECURITY NUMBER: [redacted]

**VEHICLE**
- MAKE: TOYOTA   MODEL: TRK   YEAR: 96   COLOR: BLACK
- LICENSE PLATE NUMBER: NLU-497   STATE: TN   YEAR: 04

**LOCALE**
- UPON STREET/HIGHWAY: GLADE SPRINGS RD
- CITY/COUNTY: CAMPBELL
- AREA: RURAL

**VIOLATION**
- OTHER: PI
- DATE OF OFFENSE: 7-6-04

**NARRATIVE:**
THE AFFIANT IS A DEPUTY SHERIFF IN CAMPBELL CO. TN. THE AFFIANT OBSERVED THE DEFENDANT EXIT A BLACK TOYOTA TRUCK TN. REGISTRATION NLU-497 THAT WAS STUCK ON THE SHOULDER OF THE RD. ON GLADE SPRINGS RD. THE DEFENDANT WAS VERY UNSTABLE ON HIS FEET AND HAD STRONG ODOR OF ALCOHOL ABOUT HIS BREATH. THE DEFENDANT WAS GIVEN (3) FIELD SOBRIETY TEST WHICH HE COULD NOT PERFORM. THE DEFENDANT WAS ARRESTED FOR PI. THE ABOVE OFFENSE DID OCCUR IN CAMPBELL CO. TN. ON THE ABOVE DATE AND TIME.

THIS 6th DAY OF JULY 2004 TIME 10:30 AM
RANK: DEPUTY   OFFICER NAME: SHAYNE GREEN   BADGE: 751

SWORN TO AND SUBSCRIBED BEFORE ME THIS 7th DAY OF July 2004
SIGNATURE OF OFFICER: Shayne Green
JUDGE/CLERK: Bobby Vann / Angie Worley

**COURT:** 1. GENERAL SESSIONS COURT OF CAMPBELL COUNTY NO. 07, IN THE CITY OF JACKSBORO NO. 02
MON THE 19th DAY OF July 2004 TIME 1:00 PM

Action Printing - Jacksboro    Rev. 12/99

Paid in Full

| WAIVERS | | JUDGEMENT |
|---|---|---|
| | _____ Court | Judgement that the Defendant be: |
| 1. Waiver for Trial on the Merits (Misdemeanor) The defendant, after being fully advised by the Court of his right to be tried only upon indictment or presentment by a Grand Jury, his right to a preliminary hearing before indictment, and his right to a trial by a jury of peers, hereby waives those rights and requests that the Judge hear his case on the merits and set an appropriate sentence if found guilty. The State joins in this request for the purpose of waiving its rights to a jury trial. | DOCKET NO. CM151462 PAGE NO. _____ STATE OF TENNESSEE VS. RYAN LEE SHEPARD DEFENDANT CHARGE SIMPLE POSS. MARIJ VIOL REG. LAW | ☐ Dismissed and cost taxed to the _____ ☐ Fined $ _____ and cost on a plea of _____ ☐ Driving privilege suspended for _____ ☐ Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered. ☐ Defendant having entered a plea of (guilty) (not guilty), was found guilty by the Court of the following offenses, ordered to pay the Court costs and sentenced as indicated: |
| 2. Preliminary Examination DEFENDANT, _____ hereby expressly waives in writing his/her right to a preliminary hearing. | | Offense     Fine     Confinement     Rel. Elig. |
| _____ DEFENDANT | ISSUED THIS _____ DAY OF _____ 19 ___ _____, CLERK | ☐ Confinement, (except for _____ days) is suspended for _____ upon the defendant's good behavior, payment of fine and court costs, and _____ |
| _____ JUDGE | By _____ JUDGE, COMMISSIONER, CLERK | ☐ Sentencing is reserved and is to be determined on _____ 19 ___ |
| 3. Right to Counsel DEFENDANT, _____ after being fully advised of his/her right to the aid of counsel in every stage of the proceedings, and further having been advised that if necessary, an attorney will be appointed to represent the defendant, hereby waives his/her right to counsel. | INITIAL APPEARANCE DATE July 12th, 2004 AT 1:00 PM BOND FIXED AT $ _____ SECURED BY _____ 10/18/04 @ 1:00 p.m. CONTINUED _____ CONTINUED _____ RETURN OF SERVICE EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT | ☐ Bound over and held to the Grand Jury of _____ County. ☐ Bail Bond set at $ _____ ☐ Waived preliminary hearing, bound over and held to the Grand Jury. Bail Bond set at $ _____ see plea _____ |
| _____ DEFENDANT | | |
| _____ JUDGE DATE _____, 19___ | | |
| ATTORNEY-CHECK IF COURT APPOINTED ☐ | | |
| _____ ATTORNEY | THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY _Shane Deen_ DATE July 4th, 19/2004 _Shayne Green_ OFFICER | _signature_ |
| ☐ Defendant having failed to appear, an Attachment or Alias Arrest Warrant is hereby ordered. Failure to Appear: Defendant having failed to appear in Court, a conditional forfeiture of defendant's bail and a capias for his arrest is hereby ordered. Bail is set at: $ _____ Judge _____ Date: _____ | | I, Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No. _____ Page 04 This the 29 day of October, 20 07 _____ Circuit Court Clerk BOBBY W. VANN _signature_ D.C. Fine $ _____ Cost $ _____ Cost $ _____ |

# UNIFORM CITATION

**Campbell County Sheriff's Department**
P.O. Box 82 Ky. St. Jacksboro, Tn. 37757
615-562-7446

No. 04747

**COMPLAINT - AFFIDAVIT**

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES:

## VIOLATOR

- NAME (FIRST): RYAN  (MIDDLE): LEE  (LAST): SHEPARD
- DATE OF BIRTH: 8/7/65  RACE: B  SEX: M
- ADDRESS: 294 MYERS ST. #13
- TN RESIDENT?: YES  SEAT BELT?: YES
- CITY: JACKSBORO  STATE: TN  ZIP: 37757
- SOCIAL SECURITY NUMBER: [redacted]
- DRIVER LICENSE NUMBER: [redacted]  CLASS/TYPE: D  STATE: TN  EXPIRATION: 8/7/05

## VEHICLE

- MAKE: FORD  MODEL: LINCOLN  COLOR: BLACK
- LICENSE PLATE NUMBER: 7-1-04 TEMP  STATE: TR

## LOCALE

- UPON STREET/HIGHWAY: HWY 25W
- TRAVEL DIR: S
- CITY/COUNTY: CAMPBELL
- AREA: BUSINESS

## VIOLATION

- 103 REGISTRATION LAW
- OTHER: SIMPLE POSS. MARIJUANA

## NARRATIVE

ON JULY 4TH 2004 AT APPROX 3:15 PM, AFFIANT STOPPED THE DEFENDANT'S VEHICLE DUE TO THE TEMP. TAG BEING OUT OF DATE. UPON APPROACHING VEHICLE AFFIANT DETECTED ODOR OF MARIJUANA. AFFIANT ASK THE DEFENDANT FOR CONSENT TO SEARCH DEFENDANTS VEHICLE AND HIS PERSON AFFIANT FOUND DEFENDANT TO HAVE A CLEAR PLASTIC BAG CONTAINING MARIJUANA AND ROLLING PAPER IN HIS RIGHT SHOE. ABOVE OFFENSE OCCURED IN CAMPBELL CO. TN

THIS 4 DAY OF JULY 2004 TIME 3:46 PM

OFFICER: SHAYNE GREEN  BADGE NO: 751

SWORN TO AND SUBSCRIBED BEFORE ME THIS 7th DAY July 04

JUDGE/CLERK: Bobby Vann / Angie Worley

## COURT

GENERAL SESSIONS COURT OF CAMPBELL CO. IN THE CITY OF JACKSBORO
12 THE JULY DAY OF MONDAY 2004 TIME 1:00 PM

NOTICE: FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED TO THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF UP TO SIX (6) MONTHS AND/OR A $50 FINE. I UNDERSTAND THE ABOVE NOTICE, AND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

LaFollette Press Printing