Case 3:05-cv-00341-RAE-HBG    Document 67-8    Filed 11/15/07    Page 1 of 7    PageID #: <pageID>

**Waiver for Trial on the Merits**
(Misdemeanor)

The defendant, after being fully advised by the Court of his right to be tried only upon indictment or presentment by a Grand Jury, his right to a preliminary hearing before indictment, and his right to a trial by a jury of peers, hereby waives those rights and requests that the Judge hear his case on the merits and set an appropriate sentence if found guilty. The State joins in this request for the purpose of waiving its rights to a jury trial.

**Preliminary Examination**
DEFENDANT, _____
hereby expressly waives in writing his/her right to a preliminary hearing.

_____
DEFENDANT

_____
JUDGE

**Right to Counsel**
DEFENDANT, _____
After being fully advised of his/her right to the aid of counsel in every stage of the proceedings, and further having been advised that if necessary an attorney will be appointed to represent the defendant, hereby waives his/her right to counsel.

_____
DEFENDANT

_____
JUDGE

DATE _____, 19____

ATTORNEY-CHECK IF COURT APPOINTED ☐

_____
ATTORNEY

Defendant having failed to appear, an Attachment or as Arrest Warrant is hereby ordered.

**Failure to Appear:**
Defendant having failed to appear in Court, a conditional forfeiture of defendant s bail and a capias for his arrest is hereby ordered. Bail is set at

Judge _____
Date: _____ 19____

---

General Sessions Court

DOCKET NO. M137334 PAGE NO. _____

**STATE OF TENNESSEE**
VS.

Shone Green

_____
DEFENDANT

CHARGE Domestic Violence by Assault

_____

ISSUED THIS _____ DAY OF _____
19____

_____, CLERK

By _____
JUDGE, COMMISSIONER, CLERK

INITIAL APPEARANCE DATE
January 26, 19 98 AT 1 AM/PM
BOND FIXED AT $ _____
SECURED BY 2/23/99
CONTINUED 3-10-98 9.00
CONTINUED 4-7-98
RETURN OF SERVICE 5/18/99
EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT. 5-25-99

_____

THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY

DATE December 21, 19 97

_____
OFFICER

---

**JUDGEMENT**
Judgement that the Defendant be:

☑ Dismissed and cost taxed to the ____
☐ Fined $_____ and cost on a plea of ____
☐ Driving privilege suspended for ____
☐ Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered.
☐ Defendant having entered a plea of (guilty) (not guilty), was found guilty by the Court of the following offenses, ordered to pay the Court costs and sentenced as indicated:

| Offense | Fine | Confinement | Rel. Elig. |
|---------|------|-------------|------------|
|         |      |             |            |

☐ Confinement, (except for _____ days) is suspended on _____ upon the defendant's good behavior, payment of fine and court costs, and _____

☐ Sentencing is reserved and is to be determined on _____ 19____.

☐ Bound over and held to the Grand Jury of _____ County.
Bail Bond set at $ _____.

☐ Waived preliminary hearing, bound over and held to the Grand Jury.
Bail Bond set at $ _____

☑ Reset 2/23/99 9 AM
Dismiss 2 no trouble, good behavior & payment court cost

_____
JUDGE

DATE _____ 9-9-98

Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No. _____
This the 29 day of October 20 07
Circuit Court Clerk _____ D.C.

Cost $ _____
Fine $ _____
Cost $ _____
Total Fine & Cost $ _____

---

Sep 16 04 06:39p    Tom Higdon    423-566-8638    p.1

# UNIFORM CITATION

## Campbell County Sheriff's Department
P.O. Box 82 Ky. St. Jacksboro, Tn. 37757
615-562-7446

No. 10654

### COMPLAINT - AFFIDAVIT

THE UNDERSIGNED BEING DULY SWORN UPON HIS/HER OATH DEPOSES:

**VIOLATOR**

| NAME (FIRST) | (MIDDLE) | (LAST) | | | DATE OF BIRTH MO. DAY YR. | RACE | SEX |
|---|---|---|---|---|---|---|---|
| Shane | | Green | | | 3 18 69 | W | M |

ADDRESS: Po. Box 752    TN RESIDENT? ☑ YES ☐ NO    SEAT BELT? ☐ YES ☐ NO

| CITY | STATE | ZIP CODE | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Jacksboro | TN | 37757 | 408-06-652~~ |

| DRIVER LICENSE NUMBER | CLASS/TYPE LICENSE | STATE | EXPIRATION DATE MO. DAY YR. | TELEPHONE NUMBER |
|---|---|---|---|---|
| | | | | |

**VEHICLE**

☐ OWNED ☐ LEASED   NAME _____   ADDRESS _____   ☐ MC ☐ CMV ☐ HAZ MAT
☐ CARRIER   ☐ ACCIDENT

DID UNLAWFULLY OPERATE/PARK A MOTOR VEHICLE:

| MAKE | MODEL | YEAR | COLOR | LICENSE PLATE NUMBER | STATE | YEAR |
|---|---|---|---|---|---|---|
| | | | | | | |

**LOCALE**

UPON STREET/HIGHWAY ____ S.R. # ____ TRAVEL DIR. ☐ N ☐ S ☐ E ☐ W   M.M. # ____ CITY/COUNTY ____ HIGHWAY TYPE ☐ ☐ 3-L ☐ 4-L ☐ DIV. ☐ I-RD 2-L   AREA ☐ BUSINESS ☐ SCHOOL ☐ RES. ☐ RURAL

AFORESAID DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE:

**VIOLATION**

01 ☐ SPEEDING ____ MPH IN ____ SPEED LIMIT   ☐ ZONE ☐ PACING ☐ RADAR ☐ OTHER   591 ☐ OVERWEIGHT AXLE
02 ☐ RECKLESS DRIVING   20 ☐ DUI BAC ____   103 ☐ REGISTRATION LAW
03 ☐ TRAFFIC CONTROL DEVICE   22 ☐ REV/SUS/CAN DL   393 ☐ CHILD RESTRAINT   ☑ DATE OF OFFENSE 12-21-97

☑ OTHER: Domestic Violence by Assault

T.C.A. _____   ORDINANCE: _____

**NARRATIVE**

Affiant was dispatched to Connor street to investigate a report
of a domestic disturbance. While on the scene Deputy Jeff
Lindsey witnessed the defendant strike Debbie Foster by slapping
her in the face. The above offense did happen in
Campbell County. witness: Jeff Lindsey C.C.S.D.
Debbie Foster - 188 Connor street
Jacksboro

**OFFICER**

THE UNDERSIGNED FURTHER STATES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE HEREIN SET FORTH, CONTRARY TO LAW.

THIS 21 DAY OF December 19 97 TIME 1:37 ☑ AM ☐ PM

RANK Sergeant   OFFICER NAME (PRINT) Jonathan D. Finley   BADGE/ID NO. 735

HAVING BEEN DULY SWORN, I DO HEREBY ATTEST THAT THE ABOVE IS A TRUE AND COMPLETE COPY OF THE ORIGINAL CITATION, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN TO AND SUSCRIBED BEFORE ME THIS 29 DAY 12 19 97

SIGNATURE OF OFFICER _Jonathan D. Finley_   JUDGE/CLERK _____

**COURT**

1 ☑ GENERAL SESSIONS COURT OF Campbell COUNTY   NO. 07   IN THE CITY OF Jacksboro   NO. ____
IN THE 2 ☐ JUVENILE COURT
3 ☐ CITY COURT OF JELLICO ON monday THE 26th DAY OF January 19 98 TIME 1 ☐ AM ☑ PM

NOTICE: FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED TO THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF UP TO SIX (6) MONTHS AND/OR A $50 FINE.
I UNDERSTAND _____ CAN AN APPEARANCE

VIOLATOR'S SIGNATURE _____

IN THE GENERAL SESSIONS COURT OF _Campbell_ COUNTY, TENNESSEE

_Kathy Ann Green_
PETITIONER

98 APR 15 PM 4:21

vs. _Shayne Green_
RESPONDENT

BRENDA S. BOSHEARS, CLERK
BY _(illegible) Douglas_

DOCKET NO. _9423_

## PETITION FOR ORDERS OF PROTECTION

The petitioner pursuant to Tennessee Code Annotated, Section 36-3-601, et. seq., states:

1. Petitioner is a resident of the above county and state. Respondent is a resident of _Jacksboro Fire Dept._ _Campbell_ County, and lives at ~~185 Gamble Drive~~ unknown/ serve at Wayne Nelsin's residence.

   The incident which gives rise to this petition occurred in _Campbell_ County, Tennessee.
2. Petitioner and respondent are present or former family or household members. _NONE_
3. The parties have the following minor child(ren) (dates of birth indicated):

4. Respondent has abused and/or threatened to abuse petitioner as follows:

   _I am afraid for my safety. Respondent has threatened_
   _to inflict bodily harm on Petitioner if she be seen_
   _by him with another man._

5. Petitioner is in an immediate and present danger of abuse by respondent.
6. The petitioner states the following as indicated:
   - ☐ A. The petitioner needs support for (himself/herself) and/or (the parties minor child(ren).
   - ☐ B. The respondent refuses to leave the parties' residence of which the respondent (is) (is not) the sole (owner) (leasee).
   - ☐ C. Due to the petitioner's indigency, he/she is unable to prepay the filing fees and litigation tax and states: "I, the above named petitioner, do solemnly swear that owing to my poverty I am not able to bear the expense of the action which I am about to commence, and that I am justly entitled to the relief sought, to the best of my belief."

WHEREFORE, PETITIONER REQUESTS:
1. That an ex parte Order of Protection be immediately issued enjoining respondent from abusing or threatening abuse of the petitioner and that copies of the Order be served upon the respondent and filed with the County Sheriff;
2. That a hearing in this cause be set for within ten (10) days and that notice of the hearing be served upon respondent together with the Order of Protection;
3. That upon the hearing of this cause, petitioner be granted an extended Order of Protection for a period of up to one (1) year;
4. That the respondent pay the court costs and the petitioner requests such other general relief as entitled;
5. That further specific relief as indicated below:
   - ☐ A. That the petitioner be awarded temporary custody of the parties' minor child(ren).
   - ☒ B. That the respondent be ordered to pay reasonable support for the (petitioner) and/or (the parties minor child(ren).
   - ☒ C. That exclusive possession of the parties' residence be awarded to the petitioner or that the respondent provide alternative housing for the petitioner.
   - ☒ D. That the petitioner be granted leave to proceed in forma pauperis.

THIS IS THE FIRST APPLICATION FOR EXTRAORDINARY PROCESS IN THIS CAUSE.

STATE OF TENNESSEE

COUNTY OF_____
The petitioner, being first duly sworn, makes oath that he/she has read the foregoing petition, knows the contents thereof, and that the same is true and correct to the best of the petitioner's knowledge, information, and belief.

_Kathy Ann Green_
PETITIONER 185 Gamble Drive
Jacksboro

Sworn to and subscribed before me this _15th_ DAY OF _April_, 19 _98_.

My Commission Expires:_____

(NOTARY) (CLERK) (JUDGE)

## EX PARTE ORDER OF PROTECTION

TO THE RESPONDENT:
It appears to the Court from the sworn petition for an Order of Protection, that such an order should issue pursuant to Tennessee Code Annotated, Section 36-3-601, et. seq.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED:
1. That the above-named respondent is restrained and prohibited from abusing, threatening to abuse, or committing acts of violence upon petitioner or causing damage to the petitioner's property.
2. That if the respondent violates this order, the respondent may be held in contempt of Court and punished by incarceration in the County Jail.
3. That a hearing on this matter will be held on _____, 19 _98_, at _9:00_ a.m., in the General Sessions Court of the above County and State; and that respondent has a right to secure counsel to represent him or her at the hearing.
4. That, pursuant to Tennessee Code Annotated, Section 36-3-609, a copy of this Order be issued to all local law enforcement agencies in the above county.
5. That, pursuant to Tennessee Code Annotated, Section 36-3-611, respondent may be arrested by a law enforcement officer without a warrant if that officer has reasonable cause to believe that respondent has violated or is violating this Order.

It is further ORDERED that the petitioner (is) (is not) granted leave to proceed in forma pauperis.

Enter this _15th_ day of _April_, 19 _98_.

_Vic Pryor, Judge Pro_
JUDGE

## NOTICE

TO THE RESPONDENT:
Notice is hereby given to you that the petitioner shall appear before the General Sessions Court for the above-named County on _April 22_, 19 _98_, at _9:00_ a.m. (p.m.), requesting the Court to extend the ex parte Order of Protection previously entered in this cause and to amend the relief prayed for in the Petition for Orders of Protection. You may be represented at the hearing by an attorney if you so choose.
IF YOU WANT TO TELL YOUR SIDE TO THE JUDGE, YOU MUST BE AT THE HEARING AT THE ABOVE DATE AND TIME.
IF YOU DO NOT COME TO THE HEARING, THE JUDGE WILL DECIDE BASED ONLY ON THE PETITIONER'S TESTIMONY.

_Vic Pryor, Judge Pro Tempor_
CLERK/JUDGE

## OFFICER'S RETURN

Served on respondent by personally reading the Ex Parte Order of Protection and Notice to him and by leaving a copy of the foregoing with him on the _____ day of _____ 19____, at _____ (a.m.) (p.m.).

9

FILED

98 APR 22 AM 11: 35

BRENDA S. BOSHEARS, CLERK

BY _Vivian Douglas_

IN THE GENERAL SESSIONS COURT OF _CAMPBELL_ COUNTY, TENNESSEE

_KATHY GREEN_

PETITIONER

VS.                                           DOCKET NO. _9473_

_SHANE GREEN_

RESPONDENT

## ORDER OF PROTECTION

This cause came to be heard upon petitioner's petition for orders of protection on the _22_ day of _APRIL_, 19 _98_, upon notice duly served on the respondent and upon statements made in open Court. From the entire record herein, the Court finds that the petitioner has proven the allegations of abuse by a preponderance of the evidence.

IT IS, THEREFORE, ORDERED that the respondent is prohibited and enjoined from coming about petitioner for any purpose and specifically from abusing, threatening to abuse petitioner, or committing any acts of violence upon petitioner, or causing any damage to the petitioner's property, upon penalty of contempt.

IT IS FURTHER ORDERED AS FOLLOWS:

1. That, if respondent violates this Order, the respondent may be held in contempt of Court and punished by incarceration in the county jail.

2. That, pursuant to Tennessee Code Annotated, Section 36-3-609, a copy of this Order be issued to all local law enforcement agencies.

3. That, pursuant to Tennessee Code Annotated, Section 36-3-611, respondent may be arrested by a law enforcement officer without a warrant if that officer has reasonable cause to believe that respondent has violated or is violating this Order.

IT IS FURTHER ORDERED AS INDICATED BELOW:

☐ The petitioner is awarded custody of the parties' minor child(ren), _____;

☐ Respondent shall pay $_____ per _____ for the support of the parties' minor child(ren), the payments to be made to the Clerk's office, together with the Clerk's fee of five percent (5%) for a total payment of $_____ per_____;

☒ Petitioner is awarded exclusive possession of the parties' residence located at _185 GAMBLE DR., LAFOLLETTE, TN._, and the respondent is evicted therefrom;

☐ Respondent shall provide suitable alternative housing for petitioner by the _____ day of _____, 19_____.

IT IS FURTHER ORDERED, that respondent shall pay the costs and litigation tax of this cause.

IT IS FURTHER ORDERED, that this Order shall remain in effect for a period of _1 YR._, and petitioner, upon notice to respondent, may request a continuation of this Order.

Enter this _22_ day of _4_, 19 _98_.

_____
JUDGE

## CERTIFICATE

Served on the respondent by personally reading the Order to him and by leaving a copy of the Order with him on the_____day of_____, 19_____, at_____ (a.m.) (p.m.).

_____
(OFFICER) (CLERK) (JUDGE)

## NOTICE TO RESPONDENT

Be advised that any violation of the terms of the ORDER OF PROTECTION during the period it is in effect will have the following consequences:

1. You may be arrested without a warrant if officers have reasonable grounds to believe that you have violated the terms of this ORDER.

2. You may be found in contempt of Court and punished by incarceration in the county jail.

3. You may be charged with aggravated assault, a Class C Felony, if you violate this ORDER by assaulting the petitioner. You may be charged with the felony even though the assault does not result in serious bodily injury or does not involve the use of a deadly weapon. If you are convicted, aggravated assault is punishable by a term of

I, Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No._____ Page_____

This the _4th_ day of _November_ 2007

Circuit Court Clerk

BOBBY W. VANN

_Patricia Shelby_ D.C.

IN THE GENERAL SESSIONS COURT FOR CAMPBELL COUNTY, TENNESSEE

FILED

98 JUN 19 PM 2:40

BRENDA S. BOSHEARS, CLERK

BY _Angie Matthews_

*Kathy Green*

9423

vs.

*Shane Green*

## ORDER

It appearing to the Court that the respondent was properly served and the matter set for hearing and it appearing that the petitioner failed to prove her case.

It is therefore ordered that the matter be dismissed and the ex parte order of protection dismissed. *Plaintiff*

The cost is taxed against the ~~defendant~~.

ENTER this _19th_ day of _June_, 19 _98_.

JUDGE, GENERAL SESSIONS COURT

IN THE GENERAL SESSIONS COURT OF _Campbell_ COUNTY, TENNESSEE

_Christy Boltal_
PETITIONER

vs. _Shayne Green_

RESPONDENT

DOCKET NO. 50 _9555_

'99 JUN 22 AM 9

BRENDA S. _____ HEARS, CLERK

BY _____

### PETITION FOR ORDERS OF PROTECTION

The petitioner pursuant to Tennessee Code Annotated, Section 36-3-601, et. seq., states:

1. Petitioner is a resident of the above county and state. Respondent is a resident of _Campbell_ County, and lives at _Gen Del Jacksinie West_

2. The incident which gave rise to this petition occurred in _Campbell_ County, Tennessee.
   Petitioner and respondent are present or former family or household members. Yes

3. The parties have the following minor child(ren) (dates of birth indicated):
   _No_

4. Respondent has abused and/or threatened to abuse petitioner as follows:
   _Threatened to Kill + or bodily harm me if I ever left_
   _Threatened to Beat the car he bought me to pieces_
   _Said he would have the law cause me ___ trouble because he Knew_
   _Every one in Jackson + Courthouse. Said I would never be any better + ever have anything._

5. Petitioner is in an immediate and present danger of abuse by respondent. Yes

6. The petitioner states the following as indicated:
   ☐ A. The petitioner needs support for (himself/herself) and/or (the parties minor child(ren).
   ☐ B. The respondent refuses to leave the parties' residence of which the respondent (is) (is not) the sole (owner) (lessee).
   ☑ C. Due to the petitioner's indigency, he/she is unable to prepay the filing fees and litigation tax and states: "I, the above named petitioner, do solemnly swear that owing to my poverty I am not able to bear the expense of the action which I am about to commence, and that I am justly entitled to the relief sought, to the best of my belief."

WHEREFORE, PETITIONER REQUESTS:

1. That an ex parte Order of Protection be immediately issued enjoining respondent from abusing or threatening abuse of the petitioner and that copies of the Order be served upon the respondent and filed with the County Sheriff. Yes
2. That a hearing in this cause be set for within ten (10) days and that notice of the hearing be served upon respondent together with the Order of Protection. Yes
3. That upon the hearing of this cause, petitioner be granted an extended Order of Protection for a period of up to one (1) year; Yes
4. That the respondent pay the court costs and the petitioner requests such other general relief as entitled: Yes
5. That further specific relief as indicated below:
   ☐ A. That the petitioner be awarded temporary custody of the parties' minor child(ren).
   ☐ B. That the respondent be ordered to pay reasonable support for (the petitioner) and/or (the parties minor child(ren).
   ☐ C. That exclusive possession of the parties' residence be awarded to the petitioner or that the respondent provide alternative housing for the petitioner.
   ☑ D. That the petitioner be granted leave to proceed in forma pauperia.

THIS IS THE FIRST APPLICATION FOR EXTRAORDINARY PROCESS IN THIS CAUSE.

STATE OF TENNESSEE
COUNTY OF _Campbell_
The petitioner, being first duly sworn, makes oath that he/she has read the foregoing petition, knows the contents thereof, and that the same is true and correct to the best of the petitioner's knowledge, information and belief.

PETITIONER _Christy Boltal_ PO V 66634 Rt 4

Sworn to and subscribed before me this _19th_ DAY OF _June_, 98 Duff, TN 37729

My Commission Expires: _____

(NOTARY) (CLERK) (JUDGE)

### EX PARTE ORDER OF PROTECTION

TO THE RESPONDENT:
It appears to the Court from the sworn petition for an Order of Protection, that such an order should issue pursuant to Tennessee Code Annotated, Section 36-3-601, et. seq.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED:
1. That the above-named respondent is restrained and prohibited from abusing, threatening to abuse, or committing acts of violence upon petitioner or causing damage to the petitioner's property.
2. That if the respondent violates this order, the respondent may be held in contempt of Court and punished by incarceration in the County Jail.
3. That a hearing on this mater will be held on _JUNE 24_ 19 _98_, at _9:00_ a.m., in the General Sessions Court of the above County and State, and that respondent has a right to secure counsel to represent him or her at the hearing.
4. That, pursuant to Tennessee Code Annotated, Section 36-3-609, a copy of this Order be issued to all local law enforcement agencies in the above county.
5. That, pursuant to Tennessee Code Annotated, Section 36-3-611, respondent may be arrested by a law enforcement officer without a warrant if that officer has reasonable cause to believe that respondent has violated or is violating this Order.

It is further ORDERED that the petitioner (is) (is not) granted leave to proceed in forma pauperis.

Enter this _19th_ day of _June_, 19 _98_.

JUDGE

### NOTICE

TO THE RESPONDENT:
Notice is hereby given to you that the petitioner shall appear before the General Sessions Court for the above-named County on _JUNE 24_ 19 _98_, at _9:00_ a.m./p.m., requesting the Court to extend the ex parte Order of Protection previously entered in this cause and to award the relief prayed for in the Petition for Orders of Protection. You may be represented at the hearing by an attorney if you so choose.
IF YOU WANT TO TELL YOUR SIDE TO THE JUDGE, YOU MUST BE AT THE HEARING AT THE ABOVE DATE AND TIME. IF YOU DO NOT COME TO THE HEARING, THE JUDGE WILL DECIDE BASED ONLY ON THE PETITIONER'S TESTIMONY.

CLERK/JUDGE

### OFFICER'S RETURN

Served on respondent by personally reading the Ex Parte Order of Protection and Notice to him and by leaving a copy of the foregoing with him on the _____ day of _____ 19 _____, at _____ (a.m.) (p.m.).

DEPUTY SHERIFF

IN THE GENERAL SESSIONS COURT OF _CAMPBELL_ COUNTY, TENNESSEE

_CHRISTY BOLTON_
PETITIONER

VS.

_SHAYNE GREEN_
RESPONDENT

DOCKET NO. _____

I, Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No._____ Page_____

This the 7 day of _November_, 20 07

Circuit Court Clerk      BOBBY W. VANN

_Lisa Heatherly_ D.C.

## ORDER OF PROTECTION

This cause came to be heard upon petitioner's petition for orders of protection on the ___ day of ___JUNE___, 19 _98_, upon notice duly served on the respondent and upon statements made in open Court. From the entire record herein, the Court finds that the petitioner has proven the allegations of abuse by a preponderance of the evidence.

IT IS, THEREFORE, ORDERED that the respondent is prohibited and enjoined from coming about petitioner for any purpose and specifically from abusing, threatening to abuse petitioner, or committing any acts of violence upon petitioner, or causing any damage to the petitioner's property, upon penalty of contempt.

IT IS FURTHER ORDERED AS FOLLOWS:

1. That, if respondent violates this Order, the respondent may be held in contempt of Court and punished by incarceration in the county jail.

2. That, pursuant to Tennessee Code Annotated, Section 36-3-609, a copy of this Order be issued to all local law enforcement agencies.

3. That, pursuant to Tennessee Code Annotated, Section 36-3-611, respondent may be arrested by a law enforcement officer without a warrant if that officer has reasonable cause to believe that respondent has violated or is violating this Order.

IT IS FURTHER ORDERED AS INDICATED BELOW:

☐ The petitioner is awarded custody of the parties' minor child(ren) ___N/A___;

☐ Respondent shall pay $_____ per_____ for the support of the parties' minor child(ren), the payments to be made to the Clerk's office, together with the Clerk's fee of five percent (5%) for a total payment of $_____ per_____;

☑ Petitioner is awarded exclusive possession of the parties' residence located at ___Rt. 1 Box 6634 Duff, TN.___, and the respondent is evicted therefrom;

☐ Respondent shall provide suitable alternative housing for petitioner by the _____ day of _____, 19_____.

IT IS FURTHER ORDERED, that respondent shall pay the costs and litigation tax of this cause.

IT IS FURTHER ORDERED, that this Order shall remain in effect for a period of ___1 Year.___, and petitioner, upon notice to respondent, may request a continuation of this Order.

Enter this ___ day of _____C___, 19 _96_.

_____
JUDGE

## CERTIFICATE

Served on the respondent by personally reading the Order to him and by leaving a copy of the Order with him on the ___ day of ___C___, 19 _98_, at _9:55_ (a.m.)(p.m.).

_____
(OFFICER) (CLERK) (JUDGE)

## NOTICE TO RESPONDENT

Be advised that any violation of the terms of the ORDER OF PROTECTION during the period it is in effect will have the following consequences:

1. You may be arrested without a warrant if officers have reasonable grounds to believe that you have violated the terms of this ORDER.

2. You may be found in contempt of Court and punished by incarceration in the county jail.

3. You may be charged with aggravated assault, a Class C Felony, if you violate this ORDER by assaulting the petitioner. You may be charged with the felony even though the assault does not result in serious bodily injury or does not involve the use of a deadly weapon. If you are convicted, aggravated assault is punishable by a term of

I, Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No._____ Page_____ This the 14th day of _November_, 20 07

Circuit Court Clerk      BOBBY W. VANN