IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LESTER EUGENE SILER, et al.,

    Plaintiffs,

v.                                                    Civil Action No. 3:05-cv-341

GERALD DAVID WEBBER, et al.,

    Defendants.

## AFFIDAVIT

I, Jeff Marlow, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. That I, Jeff Marlow, am employed as the Financial Director for the Campbell County Department of Finance.

2. That as part of my duties as the Financial Director, I, Jeff Marlow, am responsible for maintaining financial records, including date of hire and date of termination, regarding all employees of the Campbell County Sheriff's Department.

3. That the date of hire and date of termination is provided by the Campbell County Sheriff's Department.

4. That I, Jeff Marlow, have maintained a file on Daniel S. Pedrin, which was partially provided by the Campbell County Sheriff's Departmnet.

5. That on or about December 8, 2004, I, Jeff Marlow, received a Campbell County Government Employee Add/Change form regarding Daniel S. Pedrin. (See Attached).

6. That the Campbell County Government Employee Add/Change form stated that Daniel Pedrin's rate of pay was to be as a Full-Time Patrolman as a non-certified officer.

7. That the Campbell County Government Employee Add/Change form was signed by Charles G. Scott on December 8, 2004.

Further, affiant saith not.

_____
Affiant

Sworn to and subscribed before
me this 9 day of November, 2007.

_____
Notary Public

My Commission expires: July 26, 2010

CAMPBELL COUNTY GOVERNMENT

# EMPLOYEE ADD/CHANGE NOTICE

FISCAL YEAR 2004-05

TIFICATION DATE: 12-8-04

ECTIVE DATE: 12-9-04

IPLOYEE NAME: Daniel Pedrin

:IAL SECURITY #: —

LING ADDRESS:

EPHONE NO.   WORK   HOME

ATION:

D NUMBER: 101-54110-106

E OF PAY: $24,725.00
, hourly, annual, etc.

NGES ARE: transferred, corrections officer to full time patrolman.
re, termination, account change, etc.

IARKS: replacing John J. Curl — pay rate — non-certified officer
g, full-time, part-time, y, etc.

artment Head: Charles G. Scott   12-8-04

oll Clerk: Karen Donegan   Date 12/8/04

nce Director: Jeff ?   12-8-04