## WAIVER

1. Grand Jury and Trial by Jury

DEFENDANT, after being fully advised of his/her rights by the Court, in writing waives his/her rights to be tried only upon indictment or presentment by a Grand Jury and to trial by a jury of peers.

_____ DEFENDANT
_____ JUDGE

2. Preliminary Examination

DEFENDANT, hereby expressly waives in writing his/her right to a preliminary hearing.

_____ DEFENDANT
_____ JUDGE

3. Right to Counsel

DEFENDANT, after being fully advised of his/her right to the aid of counsel in every stage of the proceedings, and further having been advised that if necessary an attorney will be appointed to represent the defendant, hereby waives his/her right to counsel.

_____ DEFENDANT
_____ JUDGE

DATE _____, 19 ____

ATTORNEY – CHECK IF COURT APPOINTED ☐
_____ ATTORNEY

---

DOCKET NO. T01510002  PAGE NO. ____

**STATE OF TENNESSEE**
vs.
Daniel S. Pedrin
DEFENDANT

CHARGE  NO D.L.

ISSUED THIS ____ DAY OF _____ 19 __
_____, CLERK
BY _____
JUDGE, COMMISSIONER, CLERK, MAGISTRATE

INITIAL APPEARANCE DATE
10-11, 19 96  AT 1:00 AM/PM

BOND FIXED AT $ _____
SECURED BY _____
CONTINUED  11-8-96
CONTINUED  1-17-97  1:00

RETURN OF SERVICE
EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT

THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY

DATE _____, 19 __
_____ T.R.K. McCarty
OFFICER

---

## JUDGEMENT

Judgement that the Defendant be:

☑ Guilty
☐ Dismissed and cost taxed to the _____
☐ Fined $ ____ and cost on a plea of _____
☐ Driving privilege suspended for _____
☐ Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered.
☐ Fined $ ____ and cost on a plea of _____ and sentenced to serve ____ and ____ days in county jail.
☐ Bound over and held to the Grand Jury of _____ County. Bail Bond set at $ ____.
☐ Defendant having failed to appear, an Attachment or Alias Arrest Warrant is hereby ordered.
☐ Waived preliminary hearing, bound over and held to the Grand Jury. Bail Bond set at $ ____.

_____ JUDGE
DATE  11-10, 19 2003

Cost
Fine $ 2.00
Cost $ 102.50
Total Fine & Cost $ 104.50

I, Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee, do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No. ____ Page ____.
This the 14th day of _____, 20 ___
BOBBY W. VANN
Patricia Shotbury D.C.

# STATE OF TENNESSEE UNIFORM CITATION

**No. 268011E**

**COURT DATE:** 10/11/96

**COMPLAINT - AFFIDAVIT** ☒ DOS ☐ PD ☐ SO ☐ OTHER **AGENCY:** THP **I.D. NO.:**

THE UNDERSIGNED BEING DULY SWORN UPON HIS OATH DEPOSES:

## VIOLATOR
- **NAME (FIRST):** Daniel **(MIDDLE):** Scott **(LAST):** Pedrin
- **ADDRESS:** Rt 3 Bx 402
- **CITY:** LaFollette **STATE:** TN **ZIP CODE:** 37766
- **DATE OF BIRTH:** 11/13/74 **RACE:** W **SEX:** M
- **TN RESIDENT?** ☒ YES ☐ NO **SEAT BELT?** ☐ YES ☒ NO
- **SOCIAL SECURITY NUMBER:** 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
- **DRIVER LICENSE NUMBER:** NONE
- **TELEPHONE NUMBER:** 566-4764

## VEHICLE
- ☐ OWNED ☐ LEASED **NAME:** **ADDRESS:**
- ☐ CARRIER
- ☐ MC ☐ CMV ☐ HAZ MAT ☐ ACCIDENT
- **DID UNLAWFULLY OPERATE/PARK A MOTOR VEHICLE:**
- **MAKE:** Ford **MODEL:** T-Bird **YEAR:** 64 **COLOR:** Wht **LICENSE PLATE NUMBER:** 648 RXF **STATE:** TN **YEAR:** 97

## LOCALE
- **UPON STREET/HIGHWAY:** Hwy 63 **S.R. #:** 063 **TRAVEL DIR.:** ☐N ☒S ☐E ☐W **M.M. #:** **CITY/COUNTY:** Campbell
- **HIGHWAY TYPE:** ☐ 2-L ☐ 3-L ☐ 4-L ☐ DIV. ☐ I-RD **AREA:** ☐ BUSINESS ☐ SCHOOL ☐ RES. ☒ RURAL

## VIOLATION
AFORESAID DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE:
- 01 ☐ SPEEDING ___ MPH IN ___ SPEED LIMIT ☐ ZONE ☐ PACING ☐ RADAR ☐ OTHER 591 ☐ OVERWEIGHT AXLE
- 02 ☐ RECKLESS DRIVING 20 ☐ DUI BAC ___ 103 ☐ REGISTRATION LAW
- 03 ☐ TRAFFIC CONTROL DEVICE 22 ☐ REV/SUS/CAN DL 393 ☐ CHILD RESTRAINT
- OTHER: No Driver's License
- **T.C.A.:** **ORDINANCE:**

## NARRATIVE

THE UNDERSIGNED FURTHER STATES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE HEREIN SET FORTH, CONTRARY TO LAW.

THIS **24** DAY OF **Sept** 19**96** TIME **1:32** ☐ AM ☒ PM **RANK:** TPR **OFFICER NAME (PRINT):** R. K. McCarty **BADGE/ID NO.:** 392

## OFFICER
HAVING BEEN DULY SWORN, I DO HEREBY ATTEST THAT THE ABOVE IS A TRUE AND COMPLETE COPY OF THE ORIGINAL CITATION, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN TO AND SUBSCRIBED BEFORE ME THIS ___ DAY ___ Oct ___ 19 96; YOU ARE THEREFORE, COMMANDED IN THE NAME OF THE STATE FOREWITH TO ARREST AND BRING THIS PERSON BEFORE ME, OR SOME OTHER MAGISTRATE OF THE COUNTY TO ANSWER THE ABOVE CHARGE.

SIGNATURE OF OFFICER / JUDGE/CLERK/MAGISTRATE FOR / COUNTY

## COURT
- 1 ☒ GENERAL SESSIONS COURT OF **Campbell** NO. **01** IN THE CITY OF **Jacksboro** NO. **02**
- 2 ☐ JUVENILE COURT
- IN THE COURT ON **FRI** THE **11** DAY OF **Octo** 19 **96** TIME **1:00** ☐ AM ☒ PM

**NOTICE:** FAILURE TO APPEAR IN COURT ON THE DATE ASSIGNED BY THIS CITATION OR AT THE APPROPRIATE POLICE STATION FOR BOOKING AND PROCESSING WILL RESULT IN YOUR ARREST FOR A SEPARATE CRIMINAL OFFENSE WHICH IS PUNISHABLE BY A JAIL SENTENCE OF ELEVEN (11) MONTHS AND TWENTY-NINE (29) DAYS AND/OR A FINE OF UP TO TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500).

I UNDERSTAND THE ABOVE NOTICE, AND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT.

**VIOLATOR'S SIGNATURE:** Daniel Pedrin

SF-0152 REV. 3-94

**COURT COPY**

---

I, Bobby W. Vann, Circuit Court Clerk of Campbell County, Tennessee do certify that the foregoing is a true and perfect copy as appears of record in my office in Jacksboro Book No. ___ Page ___.
This the 14th day of November, 20 07

BOBBY W. VANN