## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **LESTER EUGENE SILER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:05-cv-341** |
| | ) | |
| **GERALD DAVID WEBBER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' AMENDED WITNESS LIST AND DEFENDANTS' AMENDED EXHIBIT LIST OF DEFENDANTS CHARLES SCOTT, RON MCCLELLAN, AND CAMPBELL COUNTY, TENNESSEE.

Come Defendants, Charles Scott, Ron McClellan, and Campbell County, Tennessee, by and through counsel, and submit their Witness List and Exhibit List as follows:

### DEFENDANTS' AMENDED WITNESS LIST

1.  Charles Scott
    c/o John C. Duffy
    P.O. Box 11007
    Knoxville, TN 37939

2.  Ron McClellan
    c/o John C. Duffy
    P.O. Box 11007
    Knoxville, TN 37939

3.  Gerald Webber
    Register Number 31300-074
    FCI Butner Low
    Federal Correctional Institution
    P.O. Box 999
    Butner, NC 27509

4.  Samuel Franklin
    Register Number 31302-074
    FCI Ashland
    Federal Correctional Institution

P.O. Box 6001
Ashland, Ky 41105

5.    Joshua Monday
        c/o Dennis B. Francis
        625 S. Gay Street
        Suite 625
        Knoxville, TN 37902
        (865) 522-8381

6.    Shayne Green
        c/o Darren F. Mitchell
        Dunaway Law Offices
        P. O. Box 1760
        LaFollette, TN 37766-1760

7.    William Carroll
        c/o David A. Winchester
        P.O. Box 1733
        LaFollette, TN 37766
        (423) 562-4746

8.    Bob Denny
        Tennessee Bureau of Investigation
        Johnson City Office
        207 N. Boone Street, Suite 600
        Johnson City, TN 37604
        (423) 434-6424

9.    All parties to this case.

10.   Any witness listed by any other party.


## DEFENDANTS' AMENDED EXHIBIT LIST

1.    Audio tape of incident at Siler residence.

2.    Transcript of audio tape prepared by the FBI on August 13-15, 2004.

3.    Campbell County Sheriff Department Policies.

4.    Criminal records of Plaintiffs.

Respectfully submitted this the 12th day of November, 2007.

                                        BY:    s/John C. Duffy
                                               John C. Duffy, BPR# 010424
                                               P.O. Box 11007
                                               Knoxville, TN 37939-1007
                                               Phone:  (865) 766-0994


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Dated this 12th day of November, 2007.

                                        /s/John C. Duffy