IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

```
LESTER EUGENE SILER, et al.      )
                                 )
     Plaintiffs,                 )
                                 )
                                 )
v.                               )        No. 3:05-cv-341
                                 )        Edgar/Guyton
                                 )
                                 )
GERALD DAVID WEBBER, et al.      )
                                 )
     Defendants.                 )
```

**Notice of Filing Declarations of Kristi Anderson and Jennie Siler**

Plaintiffs file notice of filing the December 10, 2007 Declarations of Kristi Anderson and Jennie Siler referred to in Plaintiffs motions for relief from the scheduling order but inadvertently not attached to that motion.

s/*Herbert S. Moncier*
HERBERT S. MONCIER
Attorney for Plaintiffs

Herbert S. Moncier
Attorney at Law
Suite 775 Bank of America Center
550 Main Avenue
Knoxville, Tennessee 37902
(865)546-7746
BPR # 1910

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008 a copy of the foregoing notice was filed electronically. Notice of this filling will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Clerk's electronic filling system.

/s/ *Herbert S. Moncier*
Attorney for Plaintiffs