IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

```
LESTER EUGENE SILER, et al.    )
                               )
     Plaintiffs,               )
                               )
                               )
v.                             )     No. 3:05-cv-341
                               )     Edgar/Guyton
                               )
                               )
GERALD DAVID WEBBER, et al.    )
                               )
     Defendants.               )
```

**Declaration of Jennie Siler In Support Of Motion For Additional Time To Obtain Affidavits To Oppose Summary Judgment**

Jenny Lynn Siler under the penalties of perjury says as follows:

1. I met Ms. Anderson who was representing my husband on charges that arose out of Campbell County Deputys coming into my home on July 8, 2004.

2. When the tape recording I made became public it seemed like the world was watching us.

3. People in Campbell County hated me because I made the tape recording and I was scared.

4. My husband Lester Eugene Siler cannot read or write but he trusted Kristie Anderson.

5. I hired Ms. Anderson to handle the civil part of our case.

6. I did not know Michael Farley.

7. I went to Mr. Farley's office when he asked me to do so.

8. I always left a number where I could be reached with Mr. Farley or Ms. Anderson.

9. To my knowledge there was no problem getting in touch with me.

10. I did not have a car but I was always able to get a ride when they needed me to be somewhere.

11. I provided Mr. Farley everything he asked of me.

12. Mr. Farley was waiting until the federal criminal cases were over to do anything on our civil case.

13. Both Lester Siler and me testified in state court as to what occurred at the trailer on July 8, 2004.

14. Both Lester Siler and me testified before the federal grand jury as to what occurred at the trailer on July 8, 2004.

15. Our testimony before in the state case and before the federal grand jury was available to Mr. Farley and Ms. Anderson.

16. I believed that Mr. Farley and Ms. Anderson would have everything they needed after the federal criminal trial was over for the civil case.

17. At one time I remember Mr. Farley telling me that he wasn't going to put up the money to take depositions and we didn't have any money.

18. I was living before mediation in an apartment owned by Mr. Farley or his father. Once the case didn't settle at mediation he kicked me out of the apartment.

Signed under the penalty of perjury this the 10x day of December 2007.

*Jenny Siler*