IN THE CAMMPBELL COUNTY CIRCUIT COURT

LESTER EUGENE SILER, et al.   )
                              )
      Plaintiffs,             )
                              )
                              )
v.                            )      No. 12792
                              )
                              )
                              )
GERALD DAVID WEBBER, et al.   )
                              )
      Defendants.             )

**Plaintiffs' First Notice of Depositions**

Plaintiffs give notice that the oral depositions of the following persons will be taken pursuant the following schedule. A court reporter will be present. The depositions will be recorded by audio-visual recording.

March 28, 2008 10:00 a.m. Central Time Brian Gresham, Tennessee Peace Officer Standards Commission, 3025 Lebanon Road, Nashville, Tennessee 37214.

March 31, 2008 9:00 a.m. at the office of Herbert S. Moncier, Suite 775 Bank of America Center, 550 Main Street, Knoxville, Tennessee 37902:

   Ron McCellan
   Charles Scott

   April 1, 2008 9:00 a.m. at the FCI Ashland Kentucky:

   William Carroll 31344-074 FCI Ashland, Ky.
   Samuel R. Franklin 32302-074 FCI Ashland, Ky.

   April 2, 2008 9:00 a.m. at the FCI Manchester, Kentucky;

   Joshua Monday 31304-074 FCI Manchester, Ky.

   April 3, 209 9:00 a.m. at the FCI Petersburg, Va.

Shane Green 31305-074 FCI Petersburg, Va.

April 4, 2009 9:00 a.m. at the FCI Butner, N.C.

Gerald David Webber 21200-074 FCI Butner, N. C.

_/s/ Herbert S. Moncier_
HERBERT S. MONCIER
HERBERT S. MONCIER
Attorney for Plaintiffs

Herbert S. Moncier
Attorney at Law
Suite 775 Bank of America Center
550 Main Avenue
Knoxville, Tennessee  37902
(865)546-7746
BPR # 1910

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008 a copy of the foregoing was served on all counsel of record.

_/s/ Herbert S. Moncier_
HERBERT S. MONCIER
Attorney for Plaintiffs