UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| LESTER EUGENE SILER, *et al.*, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 3:05-CV-341 |
| | ) | (EDGAR/GUYTON) |
| GERALD DAVID WEBBER, *et al.*, | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This civil action is before the Court pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by the referral of the Honorable R. Allen Edgar, Senior United States District Judge, for disposition of attorneys Kathy Parrott's and Vic Pryor's Motion to Withdraw. [Doc. 92] Ms. Parrott and Mr. Pryor (collectively "Counsel") move the Court for leave to withdraw from their representation of defendant Samuel Reed Franklin. As grounds, Counsel states that a conflict of interest has developed and that defendant Franklin's spouse has relieved Counsel of their obligations.

Local Rule 83.4(f) states, in pertinent part, that "[u]nless the client personally joins in the motion or otherwise signifies in writing to the court his/her consent to the attorney's withdrawal, a copy of the motion to withdraw shall be furnished by the attorney to the client at least ten (10) days prior to the date the motion is filed." E.D.TN. LR 83.4(f). There is no indication that Counsel has complied with the local rules by providing defendant Franklin with a copy of the instant motion at least ten days in advance of its filing, nor is there any indication that defendant Franklin has joined

1

in the motion.

In light of counsel's failure to comply with the local rules, the motion [Doc. 92] is **DENIED**. Counsel has leave to refile the motion to withdraw once they have complied with the local rules.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge