IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, ) <br> JENNY SILER, and D. SILER, ) <br> a minor, by and through next ) <br> friend, LESTER EUGENE SILER ) <br> and JENNY SILER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> GERALD DAVID WEBBER, et al. ) <br> ) <br> Defendants. ) | No. 3:05-cv-341 <br> Edgar/Guyton |

**NOTICE OF APPEAL**

Plaintiffs Lester Eugene Siler, Jenny Siler, and D. Siler, a minor, by and through next friend, Lester Eugene Siler and Jenny Siler, give notice of appeal *in forma pauperis* to the Sixth Circuit Court of Appeals from the final order of the District Court for the Eastern District of Tennessee entered August 12, 2009 [Doc. 137] and the ruling entered February 1, 2008 [Doc. 78]; Order entered February 12, 2008 [Doc. 80]; Order entered April 10, 2008 [Doc. 101]; Memorandum and Order entered

January 21, 2009 [Doc. 117]; and Memorandum and Order entered on April

21, 2009 [Doc. 131].

                                             s/Kristie N. Anderson
                                             Kristie N. Anderson
                                             Attorney for Plaintiffs

Kristie N. Anderson
Attorney at Law
Post Office Box 196
Jacksboro, TN  37757-0196
Telephone:  (423)566-9092
Facsimile:    (423)566-9093
BPR No. 021840

# CERTIFICATE OF SERVICE

        I hereby certify that on September 11, 1009 a copy of the foregoing notice was filed electronically. Notice of this filling will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Clerk's electronic filling system.

                                                  s/Kristie N. Anderson
                                                  Attorney for Plaintiffs