## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 13, 2011

Ms. Patricia L. McNutt
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 09-6115, *Lester Siler, et al v. Gerald Webber, et al*
Originating Case No. : 05-00341 : 05-00341 : 05-00341 : 05-00341 : 05-00341

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

                                             Sincerely yours,

                                             s/Bryant L. Crutcher
                                             Case Manager
                                             Direct Dial No. 513-564-7013

cc: Mr. John Chapman Duffy
    Mr. Herbert Sanford Moncier

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 09-6115

_____

Filed: September 13, 2011

LESTER E. SILER; JENNY SILER, next friends D.S. (a minor)

    Plaintiffs - Appellants

v.

GERALD DAVID WEBBER; SAMUEL R. FRANKLIN; JOSHUA MONDAY; SHAYNE GREEN; WILLIAM CARROLL; CHARLES SCOTT, Individually and in their official capacities as Campbell Co. Sheriffs' Deputies; RON MCCLELLAN, Individually and in his official capacity as Sheriff of Campbell County; CAMPBELL COUNTY, TN

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 08/22/2011 the mandate for this case hereby issues today.

COSTS:  None